**Conform Copy**

1  Lloyd Winawer (State Bar No. 157823)
   *lwinawer@goodwinprocter.com*
2  Teodora E. Manolova (State Bar No. 233333)
   *tmanolova@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   601 South Figueroa Street, 41st Floor
4  Los Angeles, California 90017
   Telephone: 213-426-2500
5  Facsimile: 213-623-1673

6  Brian C. Devine (State Bar No. 222240)
   *bdevine@goodwinprocter.com*
7  **GOODWIN PROCTER LLP**
   53 State Street
8  Boston, Massachusetts 02109
   Telephone: 617-570-1000
9  Facsimile: 617-523-1231

10 Attorneys for Defendants
   *Countrywide Financial Corporation, Countrywide*
11 *Home Loans, Inc., CWALT, Inc., CWMBS, Inc.,*
   *CWABS, Inc., CWHEQ, Inc., Countrywide Capital*
12 *Markets, and Countrywide Securities Corporation*

FILED
2012 JUN 12 PM 4:11
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID H. LUTHER; VERMONT PENSION INVESTMENT COMMITTEE; MASHREQBANK, P.S.C.; PENSION TRUST FUND FOR OPERATING ENGINEERS; OPERATING ENGINEERS ANNUITY PLAN; WASHINGTON STATE PLUMBING & PIPEFITTING PENSION TRUST; and MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; COUNTRYWIDE HOME LOANS, INC.; CWALT, INC., a Delaware corporation; CWMBS, INC., a Delaware corporation; CWABS, INC., a Delaware corporation; CWHEQ, INC., a Delaware corporation; COUNTRYWIDE CAPITAL MARKETS; COUNTRYWIDE SECURITIES CORPORATION;<br>[Caption continued on following page.] | Case No. **CV12-5125**-RSWC (MRWx)<br><br>**COUNTRYWIDE DEFENDANTS' NOTICE OF REMOVAL**<br><br>[Removed from Los Angeles Superior Court, Case No. BC380698]<br><br>[Volume 2 of 2] |

COUNTRYWIDE DEFENDANTS' NOTICE OF REMOVAL