| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
| |   & DOWD LLP |
| 2 | SPENCER A. BURKHOLZ (147029) |
| | THOMAS E. EGLER (189871) |
| 3 | SCOTT H. SAHAM (188355) |
| | NATHAN R. LINDELL (248668) |
| 4 | ASHLEY M. ROBINSON (281597) |
| | 655 West Broadway, Suite 1900 |
| 5 | San Diego, CA 92101 |
| | Telephone: 619/231-1058 |
| 6 | 619/231-7423 (fax) |
| | spenceb@rgrdlaw.com |
| 7 | tome@rgrdlaw.com |
| | scotts@rgrdlaw.com |
| 8 | nlindell@rgrdlaw.com |
| | arobinson@rgrdlaw.com |
| 9 | |
| | KESSLER TOPAZ MELTZER |
| 10 |   & CHECK, LLP |
| | ANDREW L. ZIVITZ |
| 11 | SHARAN NIRMUL |
| | KIMBERLY JUSTICE |
| 12 | JENNIFER L. JOOST |
| | 280 King of Prussia Road |
| 13 | Radnor, PA 19087 |
| | Telephone: 610/667-7706 |
| 14 | 610/667-7056 (fax) |
| | azivitz@ktmc.com |
| 15 | snirmul@ktmc.com |
| | kjustice@ktmc.com |
| 16 | jjoost@ktmc.com |
| 17 | Co-Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID H. LUTHER, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>   vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>                Defendants. | No. 2:12-cv-05125-MRP(MANx)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER ~~GRANTING~~ **DENYING** JOINT STIPULATION TO MODIFY ORAL ARGUMENT HEARING DATE |

[Caption continued on following page.]

813850_1

| | |
|---|---|
| WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendants. | No. 2:12-cv-05122-MRP(MANx)<br><br>CLASS ACTION |

1  Based on the parties' Stipulation dated February 14, 2013, and good cause
2  appearing therefore, IT IS HEREBY ORDERED AS FOLLOWS:
3  1. Oral argument on Defendants' Motions to Dismiss the *Luther v.*
4  *Countrywide Fin. Corp.*, No. 12-CV-5125-MRP (C.D. Cal.), and *Western Conf. of*
5  *Teamsters Pension Trust Fund v. Countrywide Fin. Corp.*, No. 12-CV-5122-MRP
6  (C.D. Cal.) actions shall be held on March 13, 2013 at 11:00 a.m.
7  IT IS SO ORDERED.

*[Handwritten: Denied — Motion will be heard on date scheduled]*

8  DATED: February 14, 2013
9  *[Signature]*
   THE HONORABLE MARIANA R. PFAELZER
10 UNITED STATES DISTRICT JUDGE

813850_1

- 1 -