UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

**CASE NO(S):**                                                                                    Date: March 13, 2013

**LA12CV05125-MRP (MANx)**   DAVID H. LUTHER ET AL., v. COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,

**LA12CV05122-MRP (MANx)**   WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND, ET AL., v. COUNTRYWIDE FINANCIAL CORPORATION

=====================================================================

PRESENT:   THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE

| Cynthia Salyer | Victoria Valine |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

| | |
|---|---|
| ANDREW ZIVITZ | BRIAN PASTUSZENSKI, |
| SPENCER BURKHOLZ | BRIAN DEVINE , *for CW* |
| KIMBERLY JUSTICE | ALEXANDER MIRCHEFF,*for UNDERWRITERS* |
| STEVEN TOLL | MATTHEW CLOSE,*for BOA* |
| | MICHAEL TU,  *for SAMBOL* |
| | JENNIFER SEPIC |
| | CHRISTOPHER CALDWELL,  *for KURLAND* |
| | JOSHUA HAMILTON |

**PROCEEDINGS:**     IN COURT (held & completed) HEARING ON:
1. DEFENDANT STANFORD L. KURLAND'S MOTION AND CONSOLIDATED MOTION TO DISMISS COMPLAINTS (fld 11/30/12 doc #73 and #93)
2. DEFENDANT DAVID SAMBOL'S MOTION AND JOINDER, AND MOTION AND JOINDER TO MOTION TO DISMISS (fld 11/30/12 doc #74 and #91)
3. DEFENDANT JENNIFER SANDEFUR, JOSHUA ADLER AND RANJIT KIRPALANI'S MOTION TO DISMISS PLAINTIFFS' COMPLAINTS (fld 11/30/12 doc #75 and 94)
4. DEFENDANTS BANK OF AMERICA CORPORATION AND NB HOLDINGS CORPORATION'S MOTION TO DISMISS COMPLAINT (fld 11/30/12 doc #77)
5. COUNTRYWIDE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT AND COMPLAINT FOR VIOLATIONS OF SECTIONS 11, 12 (A),(2) AND 15 OF THE SECURITIES ACT OF 1933 (fld 11/30 doc #78 and 96)
6. DEFENDANT ERIC SIERACKI MOTION TO DISMISS AND JOINDERS (fld 11/30/12 doc #95)

The cases are called and appearances are made.  Court and counsel discuss the motions.  Exhibits are identified, marked and admitted by the Court. The parties prior to the start of this hearing agreed and now state on the record that defendant Sambol is dismissed from this action with prejudice. The Court takes the matter under submission and its order will follow.

MINUTES FORM 11                                                                               Initials of Deputy Clerk cs
CIVIL - GEN                                                                                             TIME: 1.0