ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ (147029)
THOMAS E. EGLER (189871)
SCOTT H. SAHAM (188355)
NATHAN R. LINDELL (248668)
ASHLEY M. ROBINSON (281597)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
tome@rgrdlaw.com
scotts@rgrdlaw.com
nlindell@rgrdlaw.com
arobinson@rgrdlaw.com

KESSLER TOPAZ MELTZER
  & CHECK, LLP
ANDREW L. ZIVITZ
SHARAN NIRMUL
KIMBERLY JUSTICE
JENNIFER L. JOOST
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
azivitz@ktmc.com
snirmul@ktmc.com
kjustice@ktmc.com
jjoost@ktmc.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID H. LUTHER, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br> vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>      Defendants. | No. 2:12-cv-05125-MRP(MANx)<br><br><u>CLASS ACTION</u><br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) |

[Caption continued on following page.]

823268_1                                                                                                    001

| | | |
|---|---|---|
| 1 | WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | ) No. 2:12-cv-05122-MRP(MANX) |
| 2 | | ) <u>CLASS ACTION</u> |
| 3 | | ) |
| 4 | Plaintiff, | ) |
| 5 | vs. | ) |
| 6 | COUNTRYWIDE FINANCIAL CORPORATION, ET AL., | ) |
| 7 | | ) |
| 8 | Defendants. | ) |

823268_1

002

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  WHEREAS, Plaintiffs David H. Luther, Vermont Pension Investment
3  Committee, Mashreqbank, P.S.C., Pension Trust Fund for Operating Engineers,
4  Operating Engineers Annuity Plan, Washington State Plumbing & Pipefitting Pension
5  Trust, and Maine State Retirement System ("Plaintiffs") filed a Consolidated
6  Complaint for Violation of §§11, 12(a)(2) and 15 of the Securities Act of 1933 on
7  behalf of themselves and all others similarly situated against Countrywide Financial
8  Corporation, et al., No. BC 380698 (Cal. Super. Ct., L.A. Cnty.) ("*Luther*
9  Complaint"), filed on October 16, 2008, and removed to this Court on June 12, 2012,
10 styled *Luther, et al. v. Countrywide Financial Corporation, et al.*, No. 2:12-cv-05125-
11 MRP(MANx);

12 WHEREAS, Plaintiff Western Conference of Teamsters Pension Trust Fund
13 ("Plaintiff") filed a Complaint for Violation of §§11, 12(a)(2) and 15 of the Securities
14 Act of 1933 on behalf of itself and all others similarly situated against Countrywide
15 Financial Corporation, et al., No. BC 449726 (Cal. Super. Ct., L.A. Cnty.) ("*Western
16 Conference* Complaint"), filed on November 17, 2010, and removed to this Court on
17 June 12, 2012, styled *Western Conference of Teamsters Pension Trust Fund v.
18 Countrywide Financial Corporation, et al.*, No. 2:12-cv-05122-MRP(MANx);

19 WHEREAS, Plaintiffs and Plaintiff no longer intend to pursue litigation of
20 these matters against Defendant David A. Sambol on behalf of themselves or the
21 class; and

22 WHEREAS, no Defendant in these actions has served either an answer or a
23 motion for summary judgment;

24
25
26
27
28

| | |
|---|---|
| 1 | NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs voluntarily dismiss the *Luther* and *Western Conference* Complaints as to Defendant David A. Sambol with prejudice. |

DATED: March 25, 2013

ROBBINS GELLER RUDMAN  
 & DOWD LLP  
SPENCER A. BURKHOLZ  
THOMAS E. EGLER  
SCOTT H. SAHAM  
NATHAN R. LINDELL  
ASHLEY M. ROBINSON  

             s/ SPENCER A. BURKHOLZ             
SPENCER A. BURKHOLZ  

655 West Broadway, Suite 1900  
San Diego, CA  92101  
Telephone:  619/231-1058  
619/231-7423 (fax)  

KESSLER TOPAZ MELTZER  
 & CHECK, LLP  
ANDREW L. ZIVITZ  
SHARAN NIRMUL  
KIMBERLY JUSTICE  
JENNIFER L. JOOST  

             s/ ANDREW L. ZIVITZ             
ANDREW L. ZIVITZ  

280 King of Prussia Road  
Radnor, PA  19087  
Telephone:  610/667-7706  
610/667-7056 (fax)  

Co-Lead Counsel for Plaintiffs

1  
2  DEUTSCH & LIPNER  
   SETH E. LIPNER  
3  1325 Franklin Avenue, Suite 225  
   Garden City, NY  11530  
4  Telephone:  516/294-8899  
   516/742-9416 (fax)  
5  
   THE MEHDI FIRM  
6  AZRA Z. MEHDI  
   One Market  
7  Spear Tower, Suite 3600  
   San Francisco, CA  94105  
8  Telephone:  415/293-8039  
   415/293-8001 (fax)  
9  Additional Counsel for Plaintiff  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 25, 2013.

        s/ SPENCER A. BURKHOLZ
        SPENCER A. BURKHOLZ

ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: spenceb@rgrdlaw.com

## Mailing Information for a Case 2:12-cv-05125-MRP-MAN

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Leiv H Blad , Jr**
  leiv.blad@bingham.com

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher G Caldwell**
  caldwell@caldwell-leslie.com,hammer@caldwell-leslie.com, ,hong@caldwell-leslie.com,perigoe@caldwell-leslie.com,pettit@caldwell-leslie.com,hayes@caldwell-leslie.com,popescu@caldwell-leslie.com,strother@caldwell-leslie.com,wilson@caldwell-leslie.com

- **Matthew D Caplan**
  matthew.caplan@dlapiper.com,susan.byrd@dlapiper.com

- **Peter Young Hoon Cho**
  petercho@paulhastings.com

- **Michele E Connolly**
  mconnolly@goodwinprocter.com

- **Brian Charles Devine**
  bdevine@goodwinprocter.com,ABoivin@goodwinprocter.com

- **Rajiv S Dharnidharka**
  rajiv.dharnidharka@dlapiper.com

- **Jenifer Q Doan**
  jeniferdoan@paulhastings.com,jenniferroussillon@paulhastings.com

- **Daniel S Drosman**
  ddrosman@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas E Egler**
  tome@rgrdlaw.com,jillk@rgrdlaw.com

- **John O Farley**
  jfarley@goodwinprocter.com

- **Inez H Friedman-Boyce**
  ifriedmanboyce@goodwinprocter.com,MConnolly@goodwinprocter.com

- **Jeanne A Fugate**
  fugate@caldwell-leslie.com,harper@caldwell-leslie.com,wilson@caldwell-leslie.com

- **Joshua G Hamilton**
  joshuahamilton@paulhastings.com,melmanahan@paulhastings.com,lindayoung@paulhastings.com

- **Jennifer L Joost**
  jjoost@ktmc.com

- **Kimberly A Justice**
  kjustice@ktmc.com,dpotts@ktmc.com

- **Dean J Kitchens**
  dkitchens@gibsondunn.com,MOstrye@gibsondunn.com

- **Jennifer Y Lai**
  jlai@leonardcarder.com

- **Seth E Lipner**
  proflipner@aol.com

- **Teodora Manolova**
  tmanolova@goodwinprocter.com

007

- **Azra Z Mehdi**
  azram@themehdifirm.com,ghamilton@themehdifirm.com

- **Alexander K Mircheff**
  amircheff@gibsondunn.com,mostrye@gibsondunn.com,inewman@gibsondunn.com,cnowlin@gibsondunn.com,mpulley@gibsondunn.com

- **Nicolas Morgan**
  nicolas.morgan@dlapiper.com,sonji.leblanc@dlapiper.com,paul.puzon@dlapiper.com

- **Sharan Nirmul**
  snirmul@ktmc.com,mswift@ktmc.com

- **Christopher Anthony Nowlin**
  cnowlin@gibsondunn.com

- **Brian E Pastuszenski**
  bpastuszenski@goodwinprocter.com

- **Eric Stephen Pettit**
  pettit@caldwell-leslie.com,wilson@caldwell-leslie.com

- **David A Priebe**
  david.priebe@dlapiper.com,carmen.manzano@dlapiper.com

- **Michelle K Pulley**
  mpulley@gibsondunn.com

- **Ashley M Robinson**
  ashleyr@rgrdlaw.com

- **Scott H Saham**
  scotts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jennifer M Sepic**
  jennifer.sepic@bingham.com

- **William F Sullivan**
  williamsullivan@paulhastings.com,lisavermeulen@paulhastings.com,lindayoung@paulhastings.com

- **Michael C Tu**
  mtu@orrick.com

- **Avi N Wagner**
  avi@thewagnerfirm.com,anwagneresq@hotmail.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com,emiko.gonzales@dlapiper.com

- **Lloyd Winawer**
  lwinawer@goodwinprocter.com,cburgos@goodwinprocter.com

- **Andrew L Zivitz**
  azivitz@ktmc.com,dpotts@ktmc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)