Brian E. Pastuszenski (pro hac vice)
bpastuszenski@goodwinprocter.com
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2802
Tel.: 617-570-1000  /  Fax: 617-570-1231

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID H. LUTHER, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>PLAINTIFF(S)<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br>12-CV-05125 MRP (MANx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing,

and will therefore be manually filed (**LIST DOCUMENTS**):

APPLICATION FOR AN ORDER GRANTING LEAVE TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER GRANTING LEAVE TO FILE DOCUMENTS UNDER SEAL; JOINT STIPULATION; [PROPOSED] ORDER GRANTING JOINT STIPULATION; DECLARATION IN SUPPORT OF JOINT STIPULATION

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☒ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required ( *reason* ):

| | |
|---|---|
| March 27, 2013<br>Date | /s/Brian E. Pastuszenski<br>Attorney Name<br>Brian E. Pastuszenski<br>Party Represented<br>Countrywide Financial Corporation, Countrywide Securities Corporation, Countrywide Capital Markets, LLC, Countrywide Home Loans, Inc., CWALT, Inc., CWABS, Inc., CWMBS, Inc., and CWHEQ, Inc. |

*Note:*   File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (6/12)                     **NOTICE OF MANUAL FILING**



# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On **March 27, 2013**, I have served the following document(s):

**NOTICE OF MANUAL FILING;**

**APPLICATION FOR AN ORDER GRANTING LEAVE TO FILE DOCUMENTS UNDER SEAL;**

**[PROPOSED] ORDER GRANTING LEAVE TO FILE DOCUMENTS UNDER SEAL;**

**JOINT STIPULATION – [CONFIDENTIAL - LODGED UNDERSEAL];**

**[PROPOSED] ORDER GRANTING JOINT STIPULATION – [CONFIDENTIAL - LODGED UNDER SEAL]; and**

**DECLARATION IN SUPPORT OF JOINT STIPULATION – [CONFIDENTIAL – LODGED UNDER SEAL]**

I further certify that I have mailed the foregoing documents by Federal Express to the following:

| | |
|---|---|
| Scott H Saham<br>Spencer Alan Burkholz<br>Ashley M Robinson<br>Daniel S Drosman<br>Jennifer Y Lai<br>Thomas E Egler<br>**ROBBINS GELLER RUDMAN & DOWD, LLP**<br>655 West Broadway Suite 1900<br>San Diego, CA 92101-8498 | Andrew L. Zivitz<br>Jennifer L Joost<br>Kimberly A Justice<br>Sharan Nirmul<br>**KESSLER TOPAZ MELTZER & CHECK, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087 |
| Azra Mehdi<br>**The Mehdi Firm**<br>One Market<br>Spear Tower Suite 3600<br>San Francisco, CA 94105 | Avi N Wagner<br>**THE WAGNER FIRM**<br>1925 Century Park East Suite 2100<br>Los Angeles, CA 90067 |
| Seth E. Lipner<br>**DEUTSCH & LIPNER**<br>1325 Franklin Avenue, Suite 225<br>Garden City, NY 11530 | Christopher G Caldwell<br>Eric Stephen Pettit<br>Jeanne A Fugate<br>**CALDWELL LESLIE AND PROCTOR PC**<br>725 South Figueroa Street 31st Floor<br>Los Angeles, CA 90017-5524 |

1

| | |
|---|---|
| William F. Sullivan<br>Jenifer Q Doan<br>Joshua G. Hamilton<br>Peter Cho<br>**PAUL HASTINGS LLP**<br>515 South Flower Street, 25 Floor<br>Los Angeles, CA  90071 | Jennifer M. Sepic<br>**BINGHAM MCCUTCHEN LLP**<br>355 South Grand Avenue Suite 4400<br>Los Angeles, CA 90071<br><br>Leiv H. Blad , Jr<br>**BINGHAM MCCUTCHEN LLP**<br>2020 K Street NW<br>Washington, DC 20006-1806 |
| Dean L. Kitchens<br>Alexander K Mircheff<br>Christopher Anthony Nowlin<br>Michelle K Pulley<br>**GIBSON, DUNN & CRUTCHER**<br>333 South Grand Avenue, Suite 4615<br>Los Angeles, CA 90071 | David A. Priebe<br>**DLA PIPER LLP**<br>2000 University Avenue<br>East Palo Alto, CA 94303<br>San Diego, CA 92101<br><br>Matthew D. Caplan<br>Nicolas Morgan<br>**DLA PIPER LLP**<br>2000 Avenue of the Stars, Suite 400<br>Los Angeles, CA 90067-6022<br><br>Shirli Fabbri Weiss<br>**DLA PIPER LLP**<br>401 B Street, Suite 1700<br>San Diego, CA 92101 |

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **March 27, 2013**, at Los Angeles, California.

_____Kemi Oyemade_____   _____(Signature)_____
(Type or print name)