1  Brian E. Pastuszenski (*pro hac vice*)
   bpastuszenski@goodwinprocter.com
2  Inez H. Friedman-Boyce (*pro hac vice*)
   ifriedmanboyce@goodwinprocter.com
3  Brian C. Devine (State Bar No. 222240)
   bdevine@goodwinprocter.com
4  **GOODWIN PROCTER** LLP      ORIGINAL
   Exchange Place
5  Boston, MA 02109-2802
   Tel.: 617-570-1000
6  Fax: 617-570-1231

7  John O. Farley (*pro hac vice*)
   jfarley@goodwinprocter.com
8  **GOODWIN PROCTER** LLP
   620 Eighth Avenue
9  New York, NY  10018
   Tel.: 212-813-8800
10 Fax: 212-355-3333

11 *Attorneys for Defendants*
   Countrywide Financial Corporation, Countrywide
12 Securities Corporation, Countrywide Capital Markets,
   LLC, Countrywide Home Loans, Inc., CWALT, Inc.,
13 CWABS, Inc., CWMBS, Inc., and CWHEQ, Inc.

14          **UNITED STATES DISTRICT COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**
15

16 DAVID H. LUTHER, et al.,                | Case No. 12-CV-05125 MRP (MANx)
17 Individually and On Behalf of All Others |
   Similarly Situated,                      | **APPLICATION FOR AN ORDER**
18                                          | **GRANTING LEAVE TO FILE**
                      Plaintiffs,           | **DOCUMENTS UNDER SEAL**
19          vs.                             |
20 COUNTRYWIDE FINANCIAL                    |
   CORPORATION, et al.,                     | Judge:  Hon. Mariana R. Pfaelzer
21                                          | Courtroom:  12
                      Defendants.           |
22 WESTERN CONFERENCE OF                    | Case No. 12-CV-05122 MRP (MANx)
23 TEAMSTERS PENSION TRUST FUND,            |
   Individually and On Behalf of All Others |
24 Similarly Situated,                      |
25                    Plaintiff,            |
           vs.                              |
26 COUNTRYWIDE FINANCIAL                    |
   CORPORATION, et al.,                     |
27                                          |
                      Defendants.           |
28

APPLICATION FOR AN ORDER GRANTING LEAVE TO FILE DOCUMENTS UNDER SEAL

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**NOTICE IS HEREBY GIVEN** that in accordance with Local Rule 79-5.1, Defendants Countrywide Financial Corporation, Countrywide Securities Corporation, Countrywide Capital Markets, LLC, Countrywide Home Loans, Inc., CWALT, Inc., CWABS, Inc., CWMBS, Inc., and CWHEQ, Inc. ("Countrywide") will and hereby do apply for an order permitting them to file the Joint Stipulation, dated March 26, 2013 ("Stipulation"), [Proposed] Order Granting Joint Stipulation ("Proposed Order"), and Declaration in Support of Joint Stipulation ("Declaration") under seal.

The Stipulation, Proposed Order, and Declaration contain highly confidential information. Plaintiffs in the above-captioned cases do not object to the Stipulation, Proposed Order, and Declaration being filed under seal.

For this reason, Countrywide respectfully requests that the Court order these documents filed under seal in their entirety.

Dated:  March 26, 2013

Respectfully submitted,

**GOODWIN PROCTER LLP**

By: *Brian E. Pastuszenski* /CM
Brian E. Pastuszenski (*pro hac vice*)
Inez H. Friedman-Boyce (*pro hac vice*)
Brian C. Devine (State Bar No. 222240)
Exchange Place
Boston, MA 02109-2802
Tel.: 617-570-1000
Fax: 617-570-1231

John O. Farley (*pro hac vice*)
620 Eighth Avenue
New York, NY 10018
Tel.: 212-813-8800
Fax: 212-355-3333

*Attorneys for Defendants*
Countrywide Financial Corporation, Countrywide Securities Corporation, Countrywide Capital Markets, LLC, Countrywide Home Loans, Inc., CWALT, Inc., CWABS, Inc., CWMBS, Inc., and CWHEQ, Inc.

1