| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN <br>    & DOWD LLP |
| 2 | SPENCER A. BURKHOLZ (147029) <br> THOMAS E. EGLER (189871) |
| 3 | SCOTT H. SAHAM (188355) <br> NATHAN R. LINDELL (248668) |
| 4 | ASHLEY M. ROBINSON (281597) <br> 655 West Broadway, Suite 1900 |
| 5 | San Diego, CA  92101 <br> Telephone:  619/231-1058 |
| 6 | 619/231-7423 (fax) <br> spenceb@rgrdlaw.com |
| 7 | tome@rgrdlaw.com <br> scotts@rgrdlaw.com |
| 8 | nlindell@rgrdlaw.com <br> arobinson@rgrdlaw.com |

KESSLER TOPAZ MELTZER & CHECK, LLP
ANDREW L. ZIVITZ
SHARAN NIRMUL
KIMBERLY JUSTICE
JENNIFER L. JOOST
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
azivitz@ktmc.com
snirmul@ktmc.com
kjustice@ktmc.com
jjoost@ktmc.com

COHEN MILSTEIN SELLERS & TOLL PLLC
STEVEN J. TOLL (*pro hac vice*)
JULIE GOLDSMITH REISER (*pro hac vice*)
JOSHUA S. DEVORE (*pro hac vice*)
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005-3964
Telephone:  202/408-4600
202/408-4699 (fax)
stoll@cohenmilstein.com
jreiser@cohenmilstein.com
jdevore@cohenmilstein.com

Co-Lead Counsel in the *Luther* and *Western Conference* actions

Lead Counsel in the *Maine State* action only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, <br><br>                      Plaintiff, <br><br>     vs. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, et al., <br><br>                      Defendants. | ) No. 2:10-cv-00302-MRP(MANx) <br> ) <br> ) <u>CLASS ACTION</u> <br> ) <br> ) ORDER ON PLAINTIFFS' <br> ) UNOPPOSED MOTION TO EXTEND <br> ) PAGE LIMIT <br> ) <br> ) <br> ) <br> ) <br> ) |

[Caption continued on following page.]

| | | |
|---|---|---|
| 1 | WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND, Individually and On Behalf of All Others Similarly Situated, | ) No. 2:12-cv-05122-MRP(MANx) ) ) CLASS ACTION |
| 2 | | ) |
| 3 | | ) |
| 4 | Plaintiff, | ) |
| 5 | vs. | ) |
| 6 | COUNTRYWIDE FINANCIAL CORPORATION, et al., | ) |
| 7 | Defendants. | ) |
| 8 | DAVID H. LUTHER, et al., Individually and On Behalf of All Others Similarly Situated, | ) No. 2:12-cv-05125-MRP(MANx)* ) ) CLASS ACTION |
| 9 | | ) |
| 10 | Plaintiffs, | ) |
| 11 | vs. | ) |
| 12 | COUNTRYWIDE FINANCIAL CORPORATION, et al., | ) |
| 13 | | ) |
| 14 | Defendants. | ) |

1   WHEREFORE, on October 21, 2013, Plaintiffs moved to extend the page limit
2   for their Reply in Support of Plaintiffs' Motions for Final Approval of Class Action
3   Settlement, Plan of Allocation of Settlement Proceeds and Request for an Award of
4   Attorneys' Fees and Expenses ("Reply Memorandum");
5   WHEREAS, Defendants do not oppose Plaintiffs' motion to extend the page
6   limit for their Reply Memorandum;
7   THEREFORE, Plaintiffs' motion is GRANTED.  Plaintiffs may file a Reply
8   Memorandum of up to 35 pages in length, exclusive of exhibits.
9   IT IS SO ORDERED.
10
11  DATED:  October 22, 2013    _____
                                THE HONORABLE MARIANA R. PFAELZER
12                              UNITED STATES DISTRICT JUDGE