ROBBINS GELLER RUDMAN
 & DOWD LLP
SPENCER A. BURKHOLZ (147029)
THOMAS E. EGLER (189871)
SCOTT H. SAHAM (188355)
NATHAN R. LINDELL (248668)
ASHLEY M. ROBINSON (281597)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
tome@rgrdlaw.com
scotts@rgrdlaw.com
nlindell@rgrdlaw.com
arobinson@rgrdlaw.com

KESSLER TOPAZ MELTZER
 & CHECK, LLP
ANDREW L. ZIVITZ
SHARAN NIRMUL
KIMBERLY JUSTICE
JENNIFER L. JOOST
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)
azivitz@ktmc.com
snirmul@ktmc.com
kjustice@ktmc.com
jjoost@ktmc.com

COHEN MILSTEIN SELLERS
 & TOLL PLLC
STEVEN J. TOLL (*pro hac vice*)
JULIE GOLDSMITH REISER (*pro hac vice*)
JOSHUA S. DEVORE (*pro hac vice*)
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Telephone: 202/408-4600
202/408-4699 (fax)
stoll@cohenmilstein.com
jreiser@cohenmilstein.com
jdevore@cohenmilstein.com

Co-Lead Counsel in the *Luther* and *Western Conference* actions

Lead Counsel in the *Maine State* action only

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>　　　　　　　Defendants.<br>_____<br>[Caption continued on following page.] | No. 2:10-cv-00302-MRP(MANx)<br><br>CLASS ACTION<br><br>NOTICE OF AMENDMENT OF EXHIBIT 1 TO [PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE |

886339_1

| | | |
|---|---|---|
| 1 | WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND, Individually and On Behalf of All Others Similarly Situated, | ) No. 2:12-cv-05122-MRP(MANx) |
| 2 | | ) CLASS ACTION |
| 3 | | ) |
| 4 | Plaintiff, | ) |
| 5 | vs. | ) |
| 6 | COUNTRYWIDE FINANCIAL CORPORATION, et al., | ) |
| 7 | Defendants. | ) |
| 8 | DAVID H. LUTHER, et al., Individually and On Behalf of All Others Similarly Situated, | ) No. 2:12-cv-05125-MRP(MANx) |
| 9 | | ) CLASS ACTION |
| 10 | Plaintiffs, | ) |
| 11 | vs. | ) |
| 12 | COUNTRYWIDE FINANCIAL CORPORATION, et al., | ) |
| 13 | Defendants. | ) |

886339_1

On October 21, 2013, Plaintiffs submitted their Reply in Support of Plaintiffs' Motions for Final Approval of Class Action Settlement, Plan of Allocation of Settlement Proceeds, and Request for an Award of Attorneys' Fees and Expenses ("Reply"). *See* Dkt. No. 280 in Case No. 2:12-cv-05125; Dkt. No. 543 in Case No. 2:10-cv-00302; Dkt. No. 261 in Case No. 2:12-cv-05122. As part of Plaintiffs' submission, they filed a [Proposed] Final Judgment and Order of Dismissal with Prejudice, which included a list of the individuals and entities requesting exclusion from the Class as Exhibit 1. *See* Dkt. No. 280-1 in Case No. 2:12-cv-05125; Dkt. No. 543-1 in Case No. 2:10-cv-00302; Dkt. No. 261-1 in Case No. 2:12-cv-05122. The list included in Exhibit 1 was arranged by individual/entity and, thus, totaled 440 separate exclusion requests. Plaintiffs' Reply, however, identified the exclusion requests by the number of letters received, which totaled 117. Thus, to be consistent with Plaintiffs' Reply and to alleviate any confusion, Plaintiffs attach Exhibit 1 hereto, which lists the requests for exclusion by letter, and contains other minor revisions based on information in those letters. Plaintiffs request that this revised Exhibit 1 replace that filed on October 21, 2013.

Additionally, as set forth in the Supplemental Declaration of Jose Fraga Regarding (A) Mailing of the Notice and Proof of Claim Form; and (B) Report on Requests for Exclusion Received (Dkt. No. 282 in Case No. 2:12-cv-05125; Dkt. No. 545 in Case No. 2:10-cv-00302; Dkt. No. 263 in Case No. 2:12-cv-05122), 116 timely requests for exclusion and one (1) late request for exclusion were received. The late request was submitted by Denali State Bank ("Denali") and was postmarked one day after the request for exclusion deadline. Denali seeks to be excluded from the Class for purposes of the settlement, however, because its request was postmarked after the exclusion deadline the Court must determine whether to allow Denali to opt-out. For the Court's convenience, Plaintiffs include two (2) versions of Exhibit 1 hereto. One version of Exhibit 1 lists Denali as a timely exclusion and the other does not.

- 1 -

886339_1

Plaintiffs respectfully request that the Court enter the appropriate version of the attached Exhibit 1 as an exhibit to the Final Judgment, depending on whether Denali is ruled to have validly opted out of the Class, and that the Court disregard the Exhibit 1 originally filed on October 21, 2013.

DATED: October 23, 2013

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ
THOMAS E. EGLER
SCOTT H. SAHAM
NATHAN R. LINDELL
ASHLEY M. ROBINSON


                    s/ Spencer A. Burkholz
------------------------------------------
                    SPENCER A. BURKHOLZ

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

KESSLER TOPAZ MELTZER
  & CHECK, LLP
ANDREW L. ZIVITZ
SHARAN NIRMUL
KIMBERLY JUSTICE
JENNIFER L. JOOST


                    s/ Andrew L. Zivitz
------------------------------------------
                    ANDREW L. ZIVITZ

280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs and the Class in the *Luther* and *Western Conference* actions

- 2 -

886339_1

```
 1
 2                              DEUTSCH & LIPNER
                                SETH E. LIPNER
 3                              1325 Franklin Avenue, Suite 225
                                Garden City, NY  11530
 4                              Telephone:  516/294-8899
                                516/742-9416 (fax)
 5
 6                              THE MEHDI FIRM
                                AZRA Z. MEHDI
 7                              One Market
                                Spear Tower, Suite 3600
 8                              San Francisco, CA  94105
                                Telephone:  415/293-8039
 9                              415/293-8001 (fax)

10                              Additional Counsel for Plaintiff

11                              COHEN MILSTEIN SELLERS
                                  & TOLL PLLC
12                              STEVEN J. TOLL (pro hac vice)
                                JULIE GOLDSMITH REISER (pro hac vice)
13                              JOSHUA S. DEVORE (pro hac vice)

14
                                         s/ Steven J. Toll
15                                        STEVEN J. TOLL

16                              1100 New York Avenue, N.W.
                                West Tower, Suite 500
17                              Washington, DC  20005-3964
                                Telephone:  202/408-4600
18                              202/408-4699 (fax)

19                              COHEN MILSTEIN SELLERS
                                  & TOLL PLLC
20                              JOEL P. LAITMAN (pro hac vice)
                                CHRISTOPHER LOMETTI (pro hac vice)
21                              RICHARD SPEIRS (pro hac vice)
                                DANIEL B. REHNS (pro hac vice)
22                              77 Pine Street, 14th Floor
                                New York, NY  10005
23                              Telephone:  212/838-7797
                                212/838-7745 (fax)
24
                                Lead Counsel for Plaintiffs and the Class in
25                              the Maine State action only

26
27
28
                                         - 3 -
886339_1
```

|    |    |
|----|----|
| 1  |    |
| 2  | GLANCY BINKOW & GOLDBERG LLP |
| 3  | LIONEL Z. GLANCY<br>MICHAEL GOLDBERG |
| 4  | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067 |
| 5  | Telephone:  310/201-9150<br>310/201-9106 (fax) |
| 6  | Liaison Counsel for Plaintiffs in the *Maine State* action |
| 7  |    |
| 8  | KIRBY McINERNEY LLP<br>IRA M. PRESS |
| 9  | RANDALL K. BERGER<br>825 Third Avenue, 16th Floor |
| 10 | New York, NY  10022<br>Telephone: 212/371-6600 |
| 11 | 212/751-2540 (fax) |
| 12 | Additional Counsel for United Methodist Churches Benefit Board. Inc. |
| 13 |    |
| 14 |    |
| 15 |    |
| 16 |    |
| 17 |    |
| 18 |    |
| 19 |    |
| 20 |    |
| 21 |    |
| 22 |    |
| 23 |    |
| 24 |    |
| 25 |    |
| 26 |    |
| 27 |    |
| 28 |    |

- 4 -

886339_1

# CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 23, 2013.

                            s/ SPENCER A. BURKHOLZ
                            SPENCER A. BURKHOLZ

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  spenceb@rgrdlaw.com

## Mailing Information for a Case  2:12-cv-05125-MRP-MAN David H Luther et al v. Countrywide Financial Corporation et al

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Leiv H Blad , Jr**
  leiv.blad@bingham.com

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher G Caldwell**
  caldwell@caldwell-leslie.com,hammer@caldwell-leslie.com, ,hong@caldwell-leslie.com,perigoe@caldwell-leslie.com,pettit@caldwell-leslie.com,records@caldwell-leslie.com,hayes@caldwell-leslie.com,popescu@caldwell-leslie.com,strother@caldwell-leslie.com

- **Michelle K Camp**
  mpulley@gibsondunn.com

- **Matthew D Caplan**
  matthew.caplan@dlapiper.com,susan.byrd@dlapiper.com

- **Michele E Connolly**
  mconnolly@goodwinprocter.com

- **Brian Charles Devine**
  bdevine@goodwinprocter.com,ABoivin@goodwinprocter.com

- **Rajiv S Dharnidharka**
  rajiv.dharnidharka@dlapiper.com,carmen.manzano@dlapiper.com

- **Jenifer Q Doan**
  jeniferdoan@paulhastings.com

- **Daniel S Drosman**
  ddrosman@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas E Egler**
  tome@rgrdlaw.com,jillk@rgrdlaw.com

- **John O Farley**
  jfarley@goodwinprocter.com

- **Inez H Friedman-Boyce**
  ifriedmanboyce@goodwinprocter.com,MConnolly@goodwinprocter.com

- **Jeanne A Fugate**
  fugate@caldwell-leslie.com,records@caldwell-leslie.com,harper@caldwell-leslie.com

- **Joshua G Hamilton**
  joshuahamilton@paulhastings.com,melmanahan@paulhastings.com,lindayoung@paulhastings.com

- **William N Hebert**
  whebert@calvofisher.com,docket@calvoclark.com,SF-receptionist@calvoclark.com

- **Jennifer L Joost**
  jjoost@ktmc.com

- **Kimberly A Justice**
  kjustice@ktmc.com,dpotts@ktmc.com

- **Deborah Kang**
  deborahkang@paulhastings.com

- **Dean J Kitchens**
  dkitchens@gibsondunn.com,MOstrye@gibsondunn.com

- **Jennifer Y Lai**
  jlai@leonardcarder.com

- **Seth E Lipner**
  proflipner@aol.com

- **Teodora Manolova**
  tmanolova@goodwinprocter.com

- **Azra Z Mehdi**
  azram@themehdifirm.com,ghamilton@themehdifirm.com

- **Alexander K Mircheff**
  amircheff@gibsondunn.com,mostrye@gibsondunn.com,inewman@gibsondunn.com,cnowlin@gibsondunn.com,mpulley@gibsondunn.com

- **Nicolas Morgan**
  nicolas.morgan@dlapiper.com,sonji.leblanc@dlapiper.com,paul.puzon@dlapiper.com

- **Sharan Nirmul**
  snirmul@ktmc.com,mswift@ktmc.com

- **Christopher Anthony Nowlin**
  cnowlin@gibsondunn.com,hkim@gibsondunn.com

- **Brian E Pastuszenski**
  bpastuszenski@goodwinprocter.com,aboivin@goodwinprocter.com,ashapiro@goodwinprocter.com

- **Eric Stephen Pettit**
  pettit@caldwell-leslie.com,records@caldwell-leslie.com

- **David A Priebe**
  david.priebe@dlapiper.com,carmen.manzano@dlapiper.com

- **Ashley M Robinson**
  ashleyr@rgrdlaw.com

- **Scott H Saham**
  scotts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jennifer M Sepic**
  jennifer.sepic@bingham.com

- **Alexis L Shapiro**
  ashapiro@goodwinprocter.com

- **William F Sullivan**
  williamsullivan@paulhastings.com,lisavermeulen@paulhastings.com,lindayoung@paulhastings.com

- **Michael C Tu**
  mtu@orrick.com,cchiang@orrick.com

- **Avi N Wagner**
  avi@thewagnerfirm.com,anwagneresq@hotmail.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com,emiko.gonzales@dlapiper.com

- **Lloyd Winawer**
  lwinawer@goodwinprocter.com,cburgos@goodwinprocter.com

- **Andrew L Zivitz**
  azivitz@ktmc.com,dpotts@ktmc.com,jenck@ktmc.com,cchiappinelli@ktmc.com,acashwell@ktmc.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

-8-

## Manual List – Objectors

### *Luther v. Countrywide Financial Corporation, et al.*,
### No. 2:12-cv-05125-MRP-MAN

Howard B. Prossnitz, Esq.
LAW OFFICE OF HOWARD PROSSNITZ
218 North Jefferson, Suite 300
Chicago, IL 60661

Talcott J. Franklin, Esq.
Martha Evans, Esq.
Derek White, Esq.
Dylan Savage, Esq.
TALCOTT FRANKLIN P.C.
208 North Market Street, Suite 200
Dallas, TX 75202

David J. Grais
Owen L. Cyrulink
Kathryn E. Matthews
GRAIS & ELLSWORTH LLP
1211 Avenue of the Americas
New York, NY 10036