# EXHIBIT 1
## ALL EXCLUSIONS

# EXHIBIT 1

| | | | |
|---|---|---|---|
| 1. | AIG FEDERAL SAVINGS BANK<br>AIG SECURITIES LENDING CORP.<br>AMERICAN GENERAL LIFE INSURANCE COMPANY<br>AMERICAN HOME ASSURANCE COMPANY<br>AMERICAN INTERNATIONAL GROUP, INC.<br>AMERICAN INTERNATIONAL GROUP, INC. RETIREMENT PLAN<br>CHARTIS PROPERTY CASUALTY COMPANY<br>CHARTIS SPECIALTY INSURANCE CO.<br>COMMERCE AND INDUSTRY INSURANCE COMPANY<br>LEXINGTON INSURANCE COMPANY<br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.<br>NEW HAMPSHIRE INSURANCE COMPANY<br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA<br>THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK<br>THE VARIABLE ANNUITY LIFE INSURANCE COMPANY<br>C/O AIG INVESTMENTS AND FINANCIAL SERVICES<br>NEW YORK, NY | 13. | BAYERISCHE LANDESBANK, NEW YORK BRANCH<br>C/O BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>SAN DIEGO, CA |
| | | 14. | BAYVIEW MORTGAGE SECURITIES MASTER FUND, L.P.<br>BAYVIEW OPPORTUNITY MASTER FUND IIA, L.P.<br>BAYVIEW OPPORTUNITY MASTER FUND IIB, L.P.<br>BAYVIEW OPPORTUNITY MASTER FUND, L.P.<br>IVALO FUND, L.P.<br>C/O LOWENSTEIN SANDLER LLP<br>NEW YORK, NY |
| | | 15. | BLACKHAWK BANK F/K/A BLACKHAWK STATE BANK<br>NEVAHAWK INVESTMENT, INC.<br>C/O BLACKHAWK BANK<br>BELOIT, WI |
| | | 16. | BLUE HERON FUNDING II LTD<br>C/O SCOTT, DOUGLASS & MCCONNICO, L.L.P.<br>AUSTIN, TX |
| 2. | ALLSTATE INSURANCE COMPANY<br>ALLSTATE LIFE INSURANCE COMPANY<br>ALLSTATE LIFE INSURANCE COMPANY OF NEW YORK<br>AMERICAN HERITAGE LIFE INSURANCE COMPANY<br>C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>NEW YORK, NY | 17. | BLUE HERON FUNDING IX LTD<br>C/O SCOTT, DOUGLASS & MCCONNICO L.L.P.<br>AUSTIN, TX |
| | | 18. | BLUE HERON FUNDING V LTD<br>C/O SCOTT, DOUGLASS & MCCONNICO, L.L.P.<br>AUSTIN, TX |
| 3. | AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY OF NEW YORK<br>WEST DES MOINES, IA | 19. | BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND L.P.<br>BLUEMOUNTAIN DISTRESSED MASTER FUND L.P.<br>BLUEMOUNTAIN LONG/SHORT CREDIT MASTER FUND L.P.<br>C/O BLUE MOUNTAIN CAPITAL MANAGEMENT, LLC<br>NEW YORK, NY |
| 4. | AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY<br>WEST DES MOINES, IA | | |
| 5. | AMERICAN FIDELITY ASSURANCE COMPANY<br>OKLAHOMA CITY, OK | 20. | BURKE & HERBERT BANK<br>ALEXANDRIA, VA |
| 6. | AMICI ASSOCIATES L.P.<br>C/O AMICI CAPITAL LLC<br>NEW YORK, NY | 21. | CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC.<br>C/O BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>SAN DIEGO, CA |
| 7. | AMICI OFFSHORE, LTD.<br>C/O AMICI CAPITAL LLC<br>NEW YORK, NY | 22. | CAPITAL BANK<br>ST. PAUL, MN |
| 8. | AMICI QUALIFIED ASSOCIATES, L.P.<br>C/O AMICI CAPITAL LLC<br>NEW YORK, NY | 23. | CAPITAL VENTURES INTERNATIONAL<br>SUSQUEHANNA ADVISORS GROUP, INC.<br>C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>NEW YORK, NY |
| 9. | ASSURED GUARANTY CORP.<br>NEW YORK, NY | 24. | CARL HANZELIK<br>JENKINTOWN, PA |
| 10. | ASSURED GUARANTY MUNICIPAL CORP.<br>NEW YORK, NY | | |
| 11. | BANK HAPOALIM B.M.<br>C/O LABATON SUCHAROW LLP<br>NEW YORK, NY | 25. | CARRERA CAPITAL FINANCE LIMITED<br>C/O LABATON SUCHAROW LLP<br>NEW YORK, NY |
| 12. | BANKWEST<br>PIERRE, SD | | |

Exhibit 1
-9-

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| 26. | CEDAR HILL CAPITAL PARTNERS, LLC<br>CEDAR HILL MORTGAGE OPPORTUNITY MASTER FUND, LP<br>MANICHAEAN CAPITAL, LLC<br>C/O CEDAR HILL CAPITAL PARTNERS, LLC<br>NEW YORK, NY | | PRUDENTIAL INVESTMENT PORTFOLIOS 2<br>PRUDENTIAL INVESTMENT PORTFOLIOS, INC.<br>PRUDENTIAL RETIREMENT INSURANCE & ANNUITY COMPANY<br>PRUDENTIAL TOTAL RETURN BOND FUND, INC.<br>PRUDENTIAL TRUST COMPANY<br>THE GIBRALTAR LIFE INSURANCE COMPANY, LTD.<br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>THE PRUDENTIAL LIFE INSURANCE COMPANY, LTD<br>THE PRUDENTIAL SERIES FUND<br><br>C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>NEW YORK, NY |
| 27. | CENTRAL VALLEY COMMUNITY BANK<br>FRESNO, CA | | |
| 28. | CHARLES SCHWAB CORPORATION<br>SAN FRANCISCO, CA | | |
| 29. | CHESAPEAKE BANK<br>KILMARNOCK, VA | | |
| 30. | CIB MARINE BANCSHARES, INC. AS SUCCESSOR BY MERGER WITH CITRUS BANK, NA<br>WAUKESHA, WI | 38. | CUMIS INSURANCE SOCIETY<br>CUNA MUTUAL INSURANCE SOCIETY<br>CUNA MUTUAL INVESTMENT CORPORATION<br>CUNA MUTUAL LIFE INSURANCE COMPANY<br>MEMBERS LIFE INSURANCE COMPANY<br>C/O CUNA MUTUAL GROUP<br>MADISON, WI |
| 31. | CIBM BANK AS SUCCESSOR BY MERGER OF:<br>CIBM BANK<br>CENTRAL ILLINOIS BANK<br>MARINE BANK<br>CIB BANK<br>MARINE BANK FSB<br>C/O CIBM BANK<br>WAUKESHA, WI | 39. | DENALI STATE BANK<br>FAIRBANKS, AK |
| | | 40. | DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK AG<br>C/O LABATON SUCHAROW LLP<br>NEW YORK, NY |
| 32. | CITIZENS BANK & TRUST COMPANY<br>VAN BUREN, AR | 41. | DEXIA CREDIT LOCAL, NEW YORK BRANCH<br>DEXIA CREDIT LOCAL, SA<br>DEXIA HOLDINGS, INC.<br>DEXIA SA/NV<br>FSA ASSET MANAGEMENT LLC<br>C/O BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>SAN DIEGO, CA |
| 33. | CITY NATIONAL BANK & TRUST COMPANY<br>LAWTON, OK | | |
| 34. | CNL/INSURANCE AMERICA, INC.<br>MINNESOTA LIFE INSURANCE COMPANY<br>SECURIAN CASUALTY COMPANY<br>SECURIAN FINANCIAL GROUP, INC.<br>SECURIAN FOUNDATION<br>SECURIAN FUNDS TRUST<br>C/O LARSON KING, LLP<br>ST. PAUL, MN | | |
| | | 42. | EDWARD KOMITO<br>ALLENTOWN, PA |
| | | 43. | EMPRISE BANK<br>WICHITA, KS |
| 35. | COLUMBUS LIFE INSURANCE COMPANY<br>INTEGRITY LIFE INSURANCE COMPANY<br>NATIONAL INTEGRITY LIFE INSURANCE COMPANY<br>THE WESTERN AND SOUTHERN LIFE INSURANCE COMPANY<br>WESTERN-SOUTHERN LIFE ASSURANCE COMPANY<br>C/O WOLLMUTH MAHER & DEUTSCH LLP<br>NEW YORK, NY | 44. | FARMERS AND MECHANICS FEDERAL<br>BLOOMFIELD, IN |
| | | 45. | FDIC AS RECEIVER FOR COLONIAL BANK<br>C/O GRAIS & ELLSWORTH LLP<br>NEW YORK, NY |
| | | 46. | FDIC AS RECEIVER FOR FRANKLIN BANK, SSB<br>C/O GRAIS & ELLSWORTH LLP<br>NEW YORK, NY |
| 36. | COMMERCE BANK, KANSAS CITY, MISSOURI<br>C/O THE COMMERCE TRUST COMPANY<br>ST. LOUIS, MO | 47. | FDIC AS RECEIVER FOR GUARANTY BANK<br>C/O GRAIS & ELLSWORTH LLP<br>NEW YORK, NY |
| 37. | COMMERCE STREET INVESTMENTS, LLC<br>PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P.<br>PRUCO LIFE INSURANCE COMPANY<br>PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY<br>PRUDENTIAL ANNUITIES LIFE ASSURANCE CORPORATION<br>PRUDENTIAL INVESTMENT MANAGEMENT, INC. | 48. | FDIC AS RECEIVER FOR SECURITY SAVINGS BANK<br>C/O GRAIS & ELLSWORTH LLP<br>NEW YORK, NY |

Exhibit 1
-10-

49. FDIC AS RECEIVER FOR STRATEGIC CAPITAL BANK
C/O GRAIS & ELLSWORTH LLP
NEW YORK, NY

50. FDIC AS RECEIVER FOR UNITED WESTERN BANK
C/O GRAIS & ELLSWORTH LLP
NEW YORK, NY

51. FEDERAL HOME LOAN BANK OF ATLANTA
C/O BONDURANT, MIXSON & ELMORE, LLP
ATLANTA, GA

52. FEDERAL HOME LOAN BANK OF BOSTON
C/O KELLER ROHRBACK L.L.P.
SEATTLE, WA

53. FEDERAL HOME LOAN BANK OF CHICAGO
C/O KELLER ROHRBACK L.L.P.
SEATTLE, WA

54. FEDERAL HOME LOAN BANK OF INDIANAPOLIS
C/O KELLER ROHRBACK L.L.P.
SEATTLE, WA

55. FEDERAL HOME LOAN BANK OF PITTSBURGH
PITTSBURGH, PA

56. FEDERAL HOME LOAN BANK OF SAN FRANCISCO
SAN FRANCISCO, CA

57. FEDERAL HOME LOAN BANK OF SEATTLE
C/O GRAIS & ELLSWORTH LLP
NEW YORK, NY

58. FEDERAL HOUSING FINANCE AGENCY AS CONSERVATOR FOR:
FEDERAL HOME LOAN MORTGAGE CORPORATION
FEDERAL NATIONAL MORTGAGE ASSOCIATION
C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
NEW YORK, NY

59. FEDERATED FUND FOR U.S. GOVERNMENT SECURITIES
FEDERATED GOVERNMENT INCOME SECURITIES, INC.
FEDERATED MORTGAGE CORE PORTFOLIO
FEDERATED ULTRASHORT BOND FUND
C/O FEDERATED INVESTORS, INC.
PITTSBURGH, PA

60. FIRST BANK
PEOPLES INDEPENDENT BANCSHARES
PEOPLES INDEPENDENT BANK
C/O PEOPLES INDEPENDENT BANCSHARES
BOAZ, AL

61. FIRST FARMERS STATE BANK
MINIER, IL

62. FIRST FINANCIAL OF MARYLAND FEDERAL CREDIT UNION
LUTHERVILLE, MD

63. FIRST INTERNET BANK OF INDIANA
INDIANAPOLIS, IN

64. FIRST NATIONAL BANKING COMPANY
ASH FLAT, AR

65. FIRST SECURITY BANK - HENDRICKS
HENDRICKS, MN

66. FIRST SECURITY BANK CANBY
CANBY, MN

67. FIRST SECURITY BANK SLEEPY EYE
SLEEPY EYE, MN

68. FIRST SECURITY BANK-WEST
BEULAH, ND

69. FIRST STATE BANK OF PURDY
MONETT, MO

70. FNBC
ASH FLAT, AR

71. FORT SILL NATIONAL BANK
C/O JRMB II, INC.
LAWTON, OK

72. FORT WASHINGTON ACTIVE FIXED INCOME, LLC
C/O WOLLMUTH MAHER & DEUTSCH LLP
NEW YORK, NY

73. GENERAL AMERICAN LIFE INSURANCE COMPANY
METLIFE INSURANCE COMPANY OF CONNECTICUT
METLIFE REINSURANCE COMPANY OF SOUTH CAROLINA
METROPOLITAN LIFE INSURANCE COMPANY
C/O BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
SAN DIEGO, CA

74. GEORGES QUAY FUNDING I LTD
LANDESBANK BADEN-WURTTEMBERG
SPENCERVIEW ASSET MANAGEMENT LTD
C/O BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
SAN DIEGO, CA

75. GLORIA BENSON
HENRIETTA, NY

76. HBK CAPITAL MANAGEMENT
C/O TALCOTT FRANKLIN P.C.
DALLAS, TX

77. HERCULES CREDIT UNION
SALT LAKE CITY, UT

78. HERGET BANK, NATIONAL ASSOCIATION
PEKIN, IL

79. HSH NORDBANK AG
HSH NORDBANK SECURITIES S.A.
C/O LABATON SUCHAROW LLP
NEW YORK, NY

Exhibit 1
-11-

**EXHIBIT 1**

| | | |
|---|---|---|
| 80. | HUDSON STREET INVESTMENTS, LLC<br>HOBOKEN, NJ | |
| 81. | IKB DEUTSCHE INDUSTRIEBANK AG<br>IKB INTERNATIONAL S.A.<br>C/O LABATON SUCHAROW LLP<br>NEW YORK, NY | |
| 82. | JUDY B. NUSSBAUM TRUST UA MAY 29, 2008<br>PHILIP M. NUSSBAUM, TRUSTEE<br>WHEATON, IL | |
| 83. | KLEROS PREFERRED FUNDING V PLC<br>C/O SCOTT, DOUGLASS & MCCONNICO L.L.P.<br>AUSTIN, TX | |
| 84. | KNIGHTS OF COLUMBUS<br>NEW HAVEN, CT | |
| 85. | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY<br>C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>LOS ANGELES, CA | |
| 86. | MORGAN FEDERAL BANK<br>FORT MORGAN, CO | |
| 87. | MUTUAL SAVINGS ASSOCIATION, FSA<br>LEAVENWORTH, KS | |
| 88. | NATIONAL CREDIT UNION ADMINISTRATION<br>AS LIQUIDATING AGENT FOR:<br>U.S. CENTRAL FEDERAL CREDIT UNION<br>WESTERN CORPORATE FEDERAL CREDIT UNION<br>MEMBERS UNITED CORPORATE FEDERAL CREDIT UNION<br>SOUTHWEST CORPORATE FEDERAL CREDIT UNION<br>CONSTITUTION CORPORATE FEDERAL CREDIT UNION<br>C/O KOREIN TILLERY<br>ST. LOUIS, MO | |
| 89. | NCMIC INSURANCE COMPANY<br>CLIVE, IA | |
| 90. | NEXBANK SSB<br>C/O REID COLLINS & TSAI LLP<br>AUSTIN, TX | |
| 91. | PERFORMANCE TRUST CAPITAL PARTNERS, LLC<br>CHICAGO, IL | |
| 92. | PERFORMANCE TRUST INVESTMENT ADVISORS, LLC, OSTENSIBLY ON BEHALF OF THE FOLLOWING PERSONS OR ENTITIES:[1]<br>AGF<br>ALEXANDER AND KRISTIN LENOIR JTWROS<br>ALLAN T POPELKA IRA<br>ALYCE NOVOGRATZ<br>ANITA M. HORGAN ROLLOVER IRA<br>ANTHONY VARBONCOEUR DDS INC DBUA JAN 01<br>ARNOLD BERLIN<br>ARTHUR S. CUMMINS IRA<br>ASF | BAJA-MEX INSURANCE & CURRENCY SCVS PSP<br>BAJA-MEX INSURANCE SERVICES INC DBPP FBO<br>BAJA-MEX INSURANCE SERVICES INC RET TRUS<br>BARBARA C. BARSKY IRA<br>BARBARA CAMRAS REVOCABLE TRUST<br>BORTZ TRUST<br>BOURK FAMILY TRUST UA 1 11 93 TERRANCE O<br>BRAD MASON<br>BRAD MASON CHILDREN'S TRUST<br>BRADLEY MEDICAL CONSULTING INC BENEFIT P<br>CARL DE BOOR IRA<br>CARRIE L. BERG TRUST DTD 10/14/05<br>CATHERINE A. SHIFFLET ROTH IRA<br>CGF<br>CHARLES AND MARY ANNE OWEN JTWROS<br>CHARLES HUSS IRA<br>CHARLES L. ZANGAS IRA<br>CHARLES MASON AND BECKY MASON<br>CHARLES WILLIAMS IRA<br>CHRISTOPHER FISCHER ROLLOVER IRA<br>CHUCK WADE<br>CLAUDIA PETERSON IRA<br>CLIFFORD W. COLWELL IRA<br>COLLEEN K. HOBLIT SEP IRA<br>CROCE FAMILY TRUST<br>CUMMINS FAMILY TRUST UA DE<br>D COMPANY INC PSP<br>DALE G. STORTZ<br>DALE R. BONGA<br>DARRELL DIXON IRA<br>DAVID & YVONNE GOFF MD A MED C<br>DAVID C CAMPBELL IRA<br>DAVID E. HIRR IRA<br>DAVID K. EDWARDS III ROLLOVER I<br>DAVID M. RUTTER TR FBO RUTTER FAMILY TRU<br>DAVID O. WOLF<br>DAVID S. TEACHOUT IRA<br>DAVID W. STEPHENS IRA<br>DEB PARMET<br>DIANA L. AUGUSTINE IRA<br>DIANE R. GOON ROLLOVER IRA<br>DICK SPERRY IRA<br>DON M AND MARY ANN LYLE FOUNDATION<br>DONALD D PENSION PLAN<br>EDWARD D. COHEN IRA<br>EDWARDS FAMILY TRUST UA JUNE 12 1990<br>ELAINE M. SANTI IRA<br>ELECOM SUPPLY COMPANY INC DBPP UA FEB 1,<br>EMILY DEAR TRUST<br>ERNAU FAMILY REV TST UA OC<br>ERNEST A MARTINEZ IRA<br>EUGENE A. FROST<br>EUGENE J. FRASER LIVING TRUST<br>FAITH STAGG IRA<br>FLAIM REVOCABLE TRUST UA JUN 02, 1998 FR<br>FRANCES JASPER ROLLOVER IRA<br>FREDERICK T. GOLDEN III 2008 TRUST<br>FRISHBERG FAMILY TST UA 04 10<br>FSF<br>FUJIMOTO FAMILY TRUST UA 10 31 85 KEIKO<br>FULTON FAMILY 2001 CRT<br>FUSON FAMILY TRUST UA OCT 13, 1997<br>GALE L. TOBIN ROLLOVER IRA<br>GARY O'HARA IRA<br>GARY W. GARLAND IRA |

[1] The Court has made no findings as to Performance Trust's - or any other entity's - authority to opt out on behalf of other persons or entities.

Exhibit 1
-12-

**EXHIBIT 1**

| | |
|---|---|
| GEORGE LASNIER IRA | MICHAEL E ALDREDGE ROTH IRA |
| GEORGE M. PEPONIDES IRA | MICHAEL ORFIELD IRA |
| GEORGE R. BRADLEY IRA | MIDLAND ANIMAL CLINIC INC. |
| GERALD SCHAFFNER | MISTY MORGAN REV TRUST |
| GIDEON MANAGEMENT, LLC | MITCHELL L. SIEGLER IRA |
| GLENN PATRICK TIERNEY ROLLOVER | MORTON R. GOODMAN IRA |
| HAROLD W. FUSON JR IRA | NELSON ENTERPRISES, LLC |
| HARRIMAN FAMILY TRUST | OLHAUSEN FAMILY TRUST UA 08 14 9 |
| HARRY JR. AND UNNA ALBERS FAMILY UA OCT | P19M5 INVESTORS CUSTODY ACCOUNT |
| HELEN L. BEE ROLLOVER IRA | PATHFINDER PARTNERS LLC PSP UA JAN 01, 2 |
| HOSHANG P. KHAMBATTA IRA | PATRICIA A. JUENEMANN IRA |
| IAN AIRES DDS ERT UA DEC 20,2 | PATRICIA J. KEARNEY ROLLOVER IRA |
| ILENE MYRA KAUFMAN IRA | PATRICK FULTON ROLLOVER IRA |
| IRWIN L. JASPER IRA | PAULA SANVIDGE IRA |
| JACK STEWART ROLLOVER IRA | PHILLIDINE ENTERPRISES INC ERT |
| JAMES B. FEDELE ROLLOVER IRA | PINION FAMILY TRUST UA NOV 11, |
| JAMES C. GRAY IRA | POWRIE REVOCABLE LIVING TRUST |
| JAMES P. MCGINTY IRA | REHAN FAMILY 1990 TRUST |
| JANE P. BEER ROLLOVER IRA | REPO ACCOUNT AT B OF A ML |
| JANIE DECELLES IRA | REPO ACCOUNT AT NOMURA |
| JAYE VENUTI DDS & MICHAEL YOKO | REPO ACCOUNT AT RBC |
| JEAN A. OBENCHAIN IRA | REPO ACCOUNT AT RBS |
| JEAN M. BIESIADA ROLLOVER IRA | RICHARD EARNER IRA |
| JEREMY A. SIEGLER | RICHARD S. BRENT ROLLOVER IRA |
| JIM AND KATHIE ZORTMAN FAM UA DEC 09, 20 | RICHARD S. MOWRY DMD QP PSP |
| JOHN A. WALKER IRA | RITA G. VENUS IRA |
| JOHN C. ROOTS | ROBERT A. JOHNSON IRA |
| JOHN E STRATTON ROLLOVER IRA | ROBERT E. FRANZEN ROLLOVER IRA |
| JOHN F. MARKUS IRA | ROBERT KRAMARZ BENE IRA OF LEONA KRAMARZ |
| JOHN G. WATSON FOUNDATION INC. | ROBERT O. SANDERS IRA |
| JOHN P SEPE ROLLOVER IRA | ROBERTA L. SAWTELLE ROLLOVER |
| JOHN PERLMAN SEPARATE PROPERTY TRUST | RONALD AND CHRISCINDA ANGULO |
| JONATHAN C. EATON ROLLOVER IRA | ROSS A. PRINDLE TRUST |
| JONE D. CONE IRA | ROY A. KAPLAN M.D. DEFINED BENEFIT |
| JOSEPH P. BUNIVA IRA | SALLY A. HOLLOWAY ROLLOVER IRA |
| JOSEPH Y. CHANG IRA ROLLOVER | SANDRA GREIFENSTEIN LIV TRUST |
| KAREN A. GARSSON ROLLOVER IRA | SANDRA L MORTENSEN TRUST |
| KAREN GRUENBERG | SCHWARTZ REVOCABLE SURVIVORS TRUST |
| KATHIE L. ZORTMAN IRA | SHARP REES STEALY MEDICAL GROU |
| KEITH A. WALKER IRA | SHARP-REES STEALEY MED GRP PSP |
| KEN KRAMARZ BENE IRA OF LEONA KRAMARZ IR | SHEKHTER LIVING TRUST UA 060690 SEMYON O |
| KENT LEWIS JONES IRA | SHELLEY P. STORTZ |
| KEVIN CARNAHAN ROTH IRA | STEPHEN F. FLAIM IRA |
| KINGSBRIDGE PWM PARTNERS FUND LP | STEPHEN JONES IRA |
| LARRY C. KRAUSE IRA | STEVEN L. WEETHEE IRA |
| LARRY GOLDSTEIN AND NANCY V. WIEDLIN JT | STOLL TRUST UA FEB 23 2000 ANNE OR A GEO |
| LAWRENCE THOMAS TRUST | STORYTEL FOUNDATION |
| LEONARD J. SALMON ROLLOVER IRA | SURVIVORS TRUST OF THE 1998 FA UA MAR 28 |
| LEPETICH FAMILY TRUST | SUSAN BECKER |
| LORNE R POLGER IRA | SUSAN E. KRAUSEN |
| LYLE FAMILY TRUST | TERRANCE BOURK IRA |
| M. GABRIELA PARENTE FAMILY TST UA JUNE 1 | THE DESCHENES TRUST |
| MARILYN R. SCHEININGER ROLLOVER | THE ELLEN FERRONE TRUST UA 10/1/96 |
| MARK BANN & PATRICIA BANN FAM | THE ZARLING/LYONS TRUST |
| MARK BANN IRA | THELMA E. REICH IRA |
| MARK C. WIGGINS ROLLOVER IRA | THOMAS LOHNER ROLLOVER IRA |
| MARK DELFINO IRA | THOMAS M. HERRMANN AND SARAJEAN HERRMANN |
| MARY A. THOMPSON IRA | TIMOTHY C AND ROSEANN L JANKOWSKI UA DEC |
| MAUREEN SPAIN | TIMOTHY P. DEVLIN IRA |
| MAX H. GRESORO JR. IRA | VAN DAM FAMILY TRUST UA MAY 09 78 WALTER |
| MCDOWELL FAMILY TRUST 2 | VICKIE C. ARNOLD ROLLOVER IRA |
| MCDOWELL FAMILY TRUST | VICKIE PASTERAK |
| MERNA SIEGLER IRA | VOEGE-ETTE KOLTZ IRA |
| MGF | WAN PING CHANG |
| MICAHEL S STEVENSON IRA | WILLIAM H. PAYNE JR. ROLLOVER IRA |

Exhibit 1
-13-

**EXHIBIT 1**

|  |  |
|---|---|
|  | WILSON S. NORTH ROLLOVER IRA<br>YVETTE JOCKIN REV TRUST UA 11/30/07<br>PERFORMANCE TRUST OPPORTUNITY FUND 3, LL CUSTOMER ACCOUNT A<br>PERFORMANCE TRUST OPPORTUNITY FUND 3, LL CUSTOMER ACCOUNT B<br>PERFORMANCE TRUST OPPORTUNITY FUND 3, LL CUSTOMER ACCOUNT C<br>PERFORMANCE TRUST OPPORTUNITY FUND 3, LL CUSTOMER ACCOUNT D<br>PERFORMANCE TRUST OPPORTUNITY FUND II<br>PERFORMANCE TRUST TOTAL RETURN BOND FUND<br>C/O PERFORMANCE TRUST INVESTMENT ADVISORS, LLC<br>CHICAGO, IL |
| 93. | PHILIP M. NUSSBAUM<br>PHILIP M. NUSSBAUM TRUST UA 05/29/2008<br>WHEATON, IL |
| 94. | PROGROWTH BANK<br>GAYLORD, MN |
| 95. | PT FINANCIAL, LLC<br>CHICAGO, IL |
| 96. | PT INV, LLC<br>CHICAGO, IL |
| 97. | PTZ, LLC<br>CHICAGO, IL |
| 98. | RIO DEBT HOLDINGS (IRELAND) LIMITED<br>C/O VENABLE LLP<br>NEW YORK, NY |
| 99. | ROYAL PARK INVESTMENTS SA/NV<br>C/O SCOTT, DOUGLASS & MCCONNICO, L.L.P.<br>AUSTIN, TX |
| 100. | SBLI USA MUTUAL LIFE INSURANCE COMPANY, INC.<br>NEW YORK, NY |
| 101. | SCITUATE FEDERAL SAVINGS BANK<br>MARSHFIELD, MA |
| 102. | SEALINK FUNDING LIMITED<br>C/O NEUBERGER BERMAN EUROPE LIMITED<br>LONDON, ENGLAND |
| 103. | SECURITY BANK<br>ODESSA, TX |
| 104. | SILVER ELMS CDO II LTD<br>C/O SCOTT, DOUGLASS & MCCONNICO, L.L.P.<br>AUSTIN, TX |
| 105. | SILVER ELMS CDO PLC<br>C/O SCOTT, DOUGLASS & MCCONNICO, L.L.P.<br>AUSTIN, TX |
| 106. | STERLING FEDERAL BANK, F.S.B.<br>C/O KOPELOWITZ OSTROW FERGUSON WEISELBERG KEECHL<br>FT. LAUDERDALE, FL |
| 107. | TACONIC CAPITAL PARTNERS 1.5 L.P.<br>TACONIC CAPITAL PARTNERS L.P.<br>TACONIC MASTER FUND 1.5 L.P.<br>TACONIC OPPORTUNITY FUND II L.P.<br>TACONIC OPPORTUNITY FUND L.P.<br>TACONIC OPPORTUNITY MASTER FUND L.P. C/O TACONIC CAPITAL ADVISORS L.P.<br>NEW YORK, NY |
| 108. | TEXAS COUNTY AND DISTRICT RETIREMENT SYSTEM<br>AUSTIN, TX |
| 109. | THE COLLECTORS' FUND L.P.<br>C/O AMICI CAPITAL LLC<br>NEW YORK, NY |
| 110. | THIRD POINT LLC<br>NEW YORK, NY |
| 111. | THOMASTON SAVINGS BANK<br>THOMASTON, CT |
| 112. | THRIVENT BALANCED FUND<br>THRIVENT BALANCED PORTFOLIO<br>THRIVENT BOND INDEX PORTFOLIO<br>THRIVENT CORE BOND FUND<br>THRIVENT DEFINED BENEFITS PLAN TRUST<br>THRIVENT FINANCIAL FOR LUTHERANS FOUNDATION<br>THRIVENT FINANCIAL FOR LUTHERANS<br>THRIVENT INCOME FUND<br>THRIVENT LIFE INSURANCE COMPANY<br>THRIVENT LIMITED MATURITY BOND FUND<br>THRIVENT LIMITED MATURITY BOND PORTFOLIO<br>THRIVENT MUTUAL FUNDS<br>THRIVENT SERIES FUND, INC.<br>THRIVENT VARIABLE ANNUITY PORTFOLIO FUNDS<br>C/O BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>SAN DIEGO, CA |
| 113. | TRIAXX PRIME CDO 2006-1<br>TRIAXX PRIME CDO 2006-2<br>TRIAXX PRIME CDO 2007-1<br>C/O KELLER ROHRBACK L.L.P.<br>SEATTLE, WA |
| 114. | TTCU THE CREDIT UNION<br>TULSA, OK |
| 115. | VALLEY BANK AND TRUST<br>MAPLETON, IA |
| 116. | VNB CAPITAL CORP.<br>C/O TALCOTT FRANKLIN P.C.<br>UNIVERSITY PARK, TX |
| 117. | WADENA STATE BANK<br>WADENA, MN |

Exhibit 1
-14-