| Name | Michael Katz, Katz & Yoon LLP |
|------|------|
| Address | 4 Park Plaza, Suite 1040 |
| City, State, Zip | Irvine, CA 92614 |
| Phone | (949) 748-1910 |
| Fax | (949) 242-2670 |
| E-Mail | mkatz@katzyoon.com |

☐ FPD    ☐ Appointed    ☐ CJA    ☐ Pro Per    ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DAVID H. LUTHER, Individually and On Behalf of All Others Similarly Situated,

PLAINTIFF(S),

v.

COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,

DEFENDANT(S).

CASE NUMBER:

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that ___Objectors listed in Attachment A___ hereby appeals to

*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
Final Judgment and Order of Dismissal with Prejudice

☐ Other (specify):

Imposed or Filed on ___December 17, 2013___. Entered on the docket in this action on ___December 19. 2013___.

A copy of said judgment or order is attached hereto.

___January 15, 2014___

Date

___/s/ Michael Katz___

Signature

☐ Appellant/ProSe    ☒ Counsel for Appellant    ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

## Attachment A

Broderick CDO 2 Ltd.
Cimarron CDO, Ltd.
Crystal Cove CDO, Ltd.
Duke Funding IX, Ltd.
G Square Finance 2006-1 Ltd.
Hout Bay 2006-1 Ltd.
Kleros Preferred Funding, Ltd.
Millstone II CDO, Ltd.
Millstone III CDO, Ltd.
Millstone IV CDO, Ltd.

## REPRESENTATION STATEMENT

    The undersigned represents Appellants Broderick CDO 2 Ltd., Cimarron CDO, Ltd., Crystal Cove CDO, Ltd., Duke Funding IX, Ltd., G Square Finance 2006-1 Ltd., Hout Bay 2006-1 Ltd., Kleros Preferred Funding, Ltd., Millstone II CDO, Ltd., Millstone III CDO, Ltd., and Millstone IV CDO, Ltd. Appellants submit the following list, which contains the names of the parties to this action and identifies their counsel by name, firm, address, telephone number, and email address.

Dated: January 15, 2014                  **KATZ & YOON LLP**

                                   /s/ Michael Katz

                                 Michael Katz
                                 mkatz@katzyoon.com
                                 4 Park Plaza, Suite 1040
                                 Irvine, CA 92614
                                 Tel.: (949) 748-1910
                                 Fax: (949) 242-2670

**Plaintiff**

| | | |
|---|---|---|
| **David H Luther**<br>*Individually and On Behalf of All Others Similarly Situated* | represented by | **Nathan R Lindell**<br>Robbins Geller Rudman and Dowd LLP<br>655 West Broadway Suite 1900<br>San Diego, CA 92101<br>619-231-1058<br>Fax: 619-231-7423<br>Email: nlindell@rgrdlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ashley M Robinson**<br>Robbins Geller Rudman and Dowd LLP<br>655 West Broadway Suite 1900<br>San Diego, CA 92101<br>619-231-1058<br>Fax: 619-231-7423<br>Email: ashleyr@rgrdlaw.com |

*ATTORNEY TO BE NOTICED*

**Azra Z Mehdi**
The Mehdi Firm
One Market Spear Tower Suite 3600
San Francisco, CA 94105
415-293-8039
Fax: 415-293-8001
Email: azram@themehdifirm.com
*ATTORNEY TO BE NOTICED*

**Christina A Royce**
Robbins Geller Rudman and Dowd
LLP
655 West Broadway Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-1058
*TERMINATED: 07/17/2012*
*ATTORNEY TO BE NOTICED*

**Daniel S Drosman**
Robbins Geller Rudman and Dowd
LLP
655 West Broadway Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
Email: ddrosman@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

**Jennifer Y Lai**
Coughlin Stoia Geller Rudman &
Robbins LLP
655 West Broadway Suite 1900
San Diego, CA 92101
619-231-1058
Email: jlai@leonardcarder.com
*ATTORNEY TO BE NOTICED*

**Lauren G Kerkhoff**
Robbins Geller Rudman & Dowd LLP
655 West Broadway Suite 1900
San Diego, CA 92101-8498
619-231-1058
*TERMINATED: 07/17/2012*

*ATTORNEY TO BE NOTICED*

**Scott H Saham**
Robbins Geller Rudman and Dowd
LLP
655 West Broadway Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619 231 7423
Email: scotts@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

**Spencer Alan Burkholz**
Robbins Geller Rudman and Dowd
LLP
655 West Broadway Suite 1900
San Diego, CA 92101-4297
619-231-1058
Fax: 619 231 7423
Email: spenceb@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

**Thomas E Egler**
Robbins Geller Rudman and Dowd
LLP
655 West Broadway Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619 231 7423
Email: tome@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

**Andrew L Zivitz**
Kessler Topaz Meltzer and Check LLP
280 King of Prussia Road
Radnor, PA 19087
610-667-7706
Fax: 610-667-7056
Email: azivitz@ktmc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Avi N Wagner**
The Wagner Firm
1925 Century Park East Suite 2100
Los Angeles, CA 90067

310-491-7949
Fax: 310-491-7949
Email: avi@thewagnerfirm.com
*ATTORNEY TO BE NOTICED*

**Jennifer L Joost**
Kessler Topaz Meltzer and Check LLP
280 King of Prussia Road
Radnor, PA 19087
610-667-7706
Fax: 610-667-7056
Email: jjoost@ktmc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberly A Justice**
Kessler Topaz Meltzer and Check LLP
280 King of Prussia Road
Randor, PA 19087
610-667-7706
Fax: 610-667-7056
Email: kjustice@ktmc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Seth E Lipner**
Deutsch and Lipner
1325 Franklin Avenue Suite 225
Garden City, NY 11530
516-294-8899
Fax: 516-742-9416
Email: proflipner@aol.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharan Nirmul**
Kessler Topaz Meltzer and Check LLP
280 King of Prussia Road
Radnor, PA 19087
610-667-7706
Fax: 610-667-7056
Email: snirmul@ktmc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vermont Pension Investment Committee**                    represented by   **Ashley M Robinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Azra Z Mehdi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christina A Royce**
(See above for address)
*TERMINATED: 07/17/2012*
*ATTORNEY TO BE NOTICED*

**Daniel S Drosman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Y Lai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren G Kerkhoff**
(See above for address)
*TERMINATED: 07/17/2012*
*ATTORNEY TO BE NOTICED*

**Scott H Saham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Spencer Alan Burkholz**
Robbins Geller Rudman & Dowd LLP
655 West Broadway Suite 1900
San Diego, CA 92101-4297
619-231-1058
Fax: 619 231 7423
Email: spenceb@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

**Thomas E Egler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L Zivitz**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Avi N Wagner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L Joost**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberly A Justice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Seth E Lipner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharan Nirmul**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mashreqbank P S C**                    represented by    **Ashley M Robinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Azra Z Mehdi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christina A Royce**
(See above for address)
*TERMINATED: 07/17/2012*
*ATTORNEY TO BE NOTICED*

**Daniel S Drosman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Y Lai**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Lauren G Kerkhoff**
(See above for address)
*TERMINATED: 07/17/2012*
*ATTORNEY TO BE NOTICED*

**Scott H Saham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Spencer Alan Burkholz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas E Egler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L Zivitz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Avi N Wagner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L Joost**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberly A Justice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Seth E Lipner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharan Nirmul**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Pension Trust Fund for Operating Engineers** | represented by | **Ashley M Robinson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Azra Z Mehdi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christina A Royce**
(See above for address)
*TERMINATED: 07/17/2012*
*ATTORNEY TO BE NOTICED*

**Daniel S Drosman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Y Lai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren G Kerkhoff**
(See above for address)
*TERMINATED: 07/17/2012*
*ATTORNEY TO BE NOTICED*

**Scott H Saham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Spencer Alan Burkholz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas E Egler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L Zivitz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Avi N Wagner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L Joost**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberly A Justice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Seth E Lipner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharan Nirmul**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Operating Engineers Annuity Plan**    represented by    **Ashley M Robinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christina A Royce**
(See above for address)
*TERMINATED: 07/17/2012*
*ATTORNEY TO BE NOTICED*

**Daniel S Drosman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Y Lai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren G Kerkhoff**
(See above for address)
*TERMINATED: 07/17/2012*
*ATTORNEY TO BE NOTICED*

**Scott H Saham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Spencer Alan Burkholz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas E Egler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L Zivitz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Avi N Wagner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L Joost**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberly A Justice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Seth E Lipner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharan Nirmul**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Washington State Plumbing and Pipefitting Pension Trust**       represented by   **Ashley M Robinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Azra Z Mehdi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christina A Royce**
(See above for address)
*TERMINATED: 07/17/2012*
*ATTORNEY TO BE NOTICED*

**Daniel S Drosman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Y Lai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren G Kerkhoff**
(See above for address)
*TERMINATED: 07/17/2012*
*ATTORNEY TO BE NOTICED*

**Scott H Saham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Spencer Alan Burkholz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas E Egler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L Zivitz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Avi N Wagner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L Joost**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberly A Justice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Seth E Lipner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharan Nirmul**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maine State Retirement System**          represented by     **Ashley M Robinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Azra Z Mehdi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christina A Royce**
(See above for address)
*TERMINATED: 07/17/2012*
*ATTORNEY TO BE NOTICED*

**Daniel S Drosman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren G Kerkhoff**
(See above for address)
*TERMINATED: 07/17/2012*
*ATTORNEY TO BE NOTICED*

**Scott H Saham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Spencer Alan Burkholz**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas E Egler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew L Zivitz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Avi N Wagner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L Joost**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberly A Justice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Seth E Lipner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharan Nirmul**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Countrywide Financial Corporation**
*a Delaware corporation*

represented by **Brian Charles Devine**
Goodwin Procter LLP
53 State Street
Boston, MA 02109-2802
617-570-1000
Fax: 617-570-1231
Email: bdevine@goodwinprocter.com

*ATTORNEY TO BE NOTICED*

**Brian E Pastuszenski**
Goodwin Procter LLP
53 State Street Exchange Place
Boston, MA 02109
617-570-1000
Fax: 617-523-1231
Email:
bpastuszenski@goodwinprocter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lloyd Winawer**
Goodwin Procter LLP
601 South Figueora Street 41st Floor
Los Angeles, CA 90017
213-426-2500
Fax: 213-623-1673
Email:
lwinawer@goodwinprocter.com
*ATTORNEY TO BE NOTICED*

**Teodora Manolova**
Goodwin Procter LLP
601 South Figueroa Street 41st Floor
Los Angeles, CA 90017
213-426-2500
Fax: 213-623-1673
Email:
tmanolova@goodwinprocter.com
*ATTORNEY TO BE NOTICED*

**Alexis L Shapiro**
Goodwin Procter LLP
53 State Street Exchange Place
Boston, MA 02109
617-570-1000
Fax: 617-570-1231
Email: ashapiro@goodwinprocter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Inez H Friedman-Boyce**
Goodwin Procter LLP
53 State Street Exchange Place

Boston, MA 02109
617-570-1000
Fax: 617-523-1231
Email:
ifriedmanboyce@goodwinprocter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John O Farley**
Goodwin Procter LLP
53 State Street Exchange Place
Boston, MA 02109
617-571-1000
Fax: 617-523-1231
Email: jfarley@goodwinprocter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michele E Connolly**
Goodwin Procter LLP
53 State Street Exchange Place
Boston, MA 02109
617-570-1000
Fax: 617-523-1231
Email:
mconnolly@goodwinprocter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CountryWide Home Loans Inc**          represented by    **Brian Charles Devine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian E Pastuszenski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lloyd Winawer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Teodora Manolova**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexis L Shapiro**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Inez H Friedman-Boyce**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John O Farley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michele E Connolly**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CWALT Inc**                     represented by   **Brian Charles Devine**
*a Delaware corporation*                           (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Brian E Pastuszenski**
                                                   (See above for address)
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Lloyd Winawer**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Teodora Manolova**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Alexis L Shapiro**
                                                   (See above for address)
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Inez H Friedman-Boyce**
                                                   (See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John O Farley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michele E Connolly**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CWMBS Inc**                    represented by  **Brian Charles Devine**
*a Delaware corporation*                        (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Brian E Pastuszenski**
                                                (See above for address)
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

                                                **Lloyd Winawer**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Teodora Manolova**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Alexis L Shapiro**
                                                (See above for address)
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

                                                **Inez H Friedman-Boyce**
                                                (See above for address)
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

                                                **John O Farley**
                                                (See above for address)
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

**Michele E Connolly**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CWABS Inc**                          represented by    **Brian Charles Devine**
*a Delaware corporation*                                 (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Brian E Pastuszenski**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Lloyd Winawer**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Teodora Manolova**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Alexis L Shapiro**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Inez H Friedman-Boyce**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **John O Farley**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Michele E Connolly**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**CWHEQ Inc**                          represented by    **Brian Charles Devine**
*a Delaware corporation*                                 (See above for address)

*ATTORNEY TO BE NOTICED*

**Brian E Pastuszenski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lloyd Winawer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Teodora Manolova**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexis L Shapiro**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Inez H Friedman-Boyce**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John O Farley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michele E Connolly**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Countrywide Capital Markets**      represented by   **Brian Charles Devine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian E Pastuszenski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lloyd Winawer**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Teodora Manolova**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexis L Shapiro**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Inez H Friedman-Boyce**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John O Farley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michele E Connolly**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Countrywide Securities Corporation**                represented by   **Brian Charles Devine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian E Pastuszenski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lloyd Winawer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Teodora Manolova**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexis L Shapiro**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Inez H Friedman-Boyce**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John O Farley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michele E Connolly**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**J P Morgan Securities Inc**           represented by **Dean J Kitchens**
Gibson Dunn and Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
213-229-7000
Fax: 213-229-7520
Email: dkitchens@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander K Mircheff**
Gibson Dunn and Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
213-229-7000
Fax: 213-229-7520
Email: amircheff@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Christopher Anthony Nowlin**
Gibson Dunn and Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
213-229-7000
Fax: 213-229-7520
Email: cnowlin@gibsondunn.com

*ATTORNEY TO BE NOTICED*

**Michelle K Camp**
Gibson Dunn and Crutcher LLP
333 South Grand Avenue Suite 5063
Los Angeles, CA 90071
213-229-7000
Fax: 213-229-7520
Email: mpulley@gibsondunn.com
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Deutsche Bank Securities Inc**           represented by   **Dean J Kitchens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander K Mircheff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Anthony Nowlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle K Camp**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Bear Stearns and Co Inc**           represented by   **Dean J Kitchens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander K Mircheff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Anthony Nowlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle K Camp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Banc of America Securities LLC**       represented by   **Dean J Kitchens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander K Mircheff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Anthony Nowlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle K Camp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**UBS Securities LLC**       represented by   **Dean J Kitchens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander K Mircheff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Anthony Nowlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle K Camp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Morgan Stanley and Co Incorporated**       represented by   **Dean J Kitchens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander K Mircheff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Anthony Nowlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle K Camp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edward D Jones and Co LP**          represented by          **Dean J Kitchens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander K Mircheff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Anthony Nowlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle K Camp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Citigroup Global Markets Inc**          represented by          **Dean J Kitchens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander K Mircheff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Anthony Nowlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle K Camp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Goldman Sachs and Co**                    represented by  **Dean J Kitchens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Alexander K Mircheff**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Christopher Anthony Nowlin**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michelle K Camp**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Credit Suisse Securities USA LLC**        represented by  **Dean J Kitchens**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Alexander K Mircheff**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Christopher Anthony Nowlin**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michelle K Camp**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Greenwich Capital Markets Inc**           represented by  **Dean J Kitchens**
*also known as*                                             (See above for address)
RBS Greenwich Capital                                       *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Alexander K Mircheff**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Christopher Anthony Nowlin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle K Camp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Barclays Capital Inc**                 represented by  **Dean J Kitchens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander K Mircheff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Anthony Nowlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle K Camp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**HSBC Securities USA**                  represented by  **Dean J Kitchens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander K Mircheff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Anthony Nowlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle K Camp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**BNP Paribas Securities Corp**          represented by  **Dean J Kitchens**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander K Mircheff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Anthony Nowlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle K Camp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Merrill Lynch Pierce Fenner and Smith Incorporated**          represented by    **Dean J Kitchens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander K Mircheff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Anthony Nowlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle K Camp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stanford L Kurland**          represented by    **Christopher G Caldwell**
Caldwell Leslie and Proctor PC
725 South Figueroa Street 31st Floor
Los Angeles, CA 90017-5524
213-629-9040
Fax: 213-629-9022
Email: caldwell@caldwell-leslie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Stephen Pettit**
Caldwell Leslie and Proctor PC

725 South Figueroa Street 31st Floor
Los Angeles, CA 90017-5524
213-629-9040
Fax: 213-629-9022
Email: pettit@caldwell-leslie.com
*ATTORNEY TO BE NOTICED*

**Jeanne A Fugate**
Caldwell Leslie and Proctor PC
725 South Figueroa Street 31st Floor
Los Angeles, CA 90017-5524
213-629-9040
Fax: 213-629-9022
Email: fugate@caldwell-leslie.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**David A Spector**                    represented by **Jennifer M Sepic**
Bingham McCutchen LLP
355 South Grand Avenue Suite 4400
Los Angeles, CA 90071
213-680-6480
Fax: 213-680-6499
Email: jennifer.sepic@bingham.com
*ATTORNEY TO BE NOTICED*

**Leiv H Blad , Jr**
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006-1806
202-373-6000
Fax: 202-373-6001
Email: leiv.blad@bingham.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eric P Sieracki**                    represented by **David A Priebe**
DLA Piper LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
650-833-2000
Fax: 650-833-2001
Email: david.priebe@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Matthew D Caplan**

DLA Piper LLP
2000 Avenue of the Stars Suite 400
North Tower
Los Angeles, CA 90067
310-595-3000
Fax: 310-595-3300
Email: matthew.caplan@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Nicolas Morgan**
DLA Piper LLP
2000 Avenue of the Stars Suite 400
North Tower
Los Angeles, CA 90067-4704
310-595-3000
Fax: 310-595-3300
Email: nicolas.morgan@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Rajiv S Dharnidharka**
DLA Piper LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
650-833-2000
Fax: 650-833-2001
Email:
rajiv.dharnidharka@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Shirli Fabbri Weiss**
DLA Piper LLP
401 B Street Suite 1700
San Diego, CA 92101-4297
619-699-2700
Fax: 619-699-2701
Email: shirli.weiss@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**N Joshua Adler**                          represented by **Deborah Kang**
Paul Hastings LLP
515 South Flower Street 25th Floor
Los Angeles, CA 90071
213-683-6000
Email:
deborahkang@paulhastings.com

*ATTORNEY TO BE NOTICED*

**Jenifer Q Doan**
Paul Hastings LLP
515 South Flower Street 25th Floor
Los Angeles, CA 90071
213-683-6000
Fax: 213-627-0705
Email: jeniferdoan@paulhastings.com
*ATTORNEY TO BE NOTICED*

**Joshua G Hamilton**
Paul Hastings LLP
515 South Flower Street 25th Floor
Los Angeles, CA 90071-2228
213-683-6000
Fax: 213-627-0705
Email:
joshuahamilton@paulhastings.com
*ATTORNEY TO BE NOTICED*

**Peter Young Hoon Cho**
*TERMINATED: 03/29/2013*
*ATTORNEY TO BE NOTICED*

**William F Sullivan**
Paul Hastings LLP
515 South Flower Street 25th Floor
Los Angeles, CA 90071-2228
213-683-6000
Fax: 213-627-0705
Email:
williamsullivan@paulhastings.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ranjit Kripalani**                    represented by    **Deborah Kang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jenifer Q Doan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua G Hamilton**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Peter Young Hoon Cho**
(See above for address)
*TERMINATED: 03/29/2013*
*ATTORNEY TO BE NOTICED*

**William F Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jennifer S Sandefur**                    represented by    **Deborah Kang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jenifer Q Doan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua G Hamilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Young Hoon Cho**
(See above for address)
*TERMINATED: 03/29/2013*
*ATTORNEY TO BE NOTICED*

**William F Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David A. Sambol**                    represented by    **Michael C Tu**
*TERMINATED: 03/13/2013*                                Orrick Herrington & Sutcliffe LLP
777 South Figueroa Street Suite 3200
Los Angeles, CA 90017
213-629-2020
Fax: 213-612-2499
Email: mtu@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas Keith McLaughlin**

**<u>Defendant</u>**

**Thomas H Boone**

**<u>Defendant</u>**

**Jeffrey P Grogin**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-27**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-28CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-30CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-31**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-32T1**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-33CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-34CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-35CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-36**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-37T1**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-38**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-40CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-41**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-42CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-43**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-44**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-45**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-46CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-47CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-48T1**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-49CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-50CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-51**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-52CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-53T2**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-54CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-55CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-56**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-57CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-58**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-59**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-60T1**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-61**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-62**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-63**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-64CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-65CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-67CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-70CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-71**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-72**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-73CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-74T1**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-75CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-76**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-77T1**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-79CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-80CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-81**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-82**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-83CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-84**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-86CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-AR1**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-IM1**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-J10**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-J11**

**<u>Defendant</u>**

**Alternative Loan Trust 2005-J12**

**Defendant**

**Alternative Loan Trust 2005-J13**

**Defendant**

**Alternative Loan Trust 2005-J14**

**Defendant**

**Alternative Loan Trust 2005-J7**

**Defendant**

**Alternative Loan Trust 2005-J8**

**Defendant**

**Alternative Loan Trust 2005-J9**

**Defendant**

**Alternative Loan Trust 2006-11CB**

**Defendant**

**Alternative Loan Trust 2006-12CB**

**Defendant**

**Alternative Loan Trust 2006-13T1**

**Defendant**

**Alternative Loan Trust 2006-14CB**

**Defendant**

**Alternative Loan Trust 2006-15CB**

**Defendant**

**Alternative Loan Trust 2006-16CB**

**Defendant**

**Alternative Loan Trust 2006-17T1**

**Defendant**

**Alternative Loan Trust 2006-18CB**

**Defendant**

**Alternative Loan Trust 2006-19CB**

**Defendant**

**Alternative Loan Trust 2006-20CB**

**Defendant**

**Alternative Loan Trust 2006-21CB**

**Defendant**

**Alternative Loan Trust 2006-23CB**

**Defendant**

**Alternative Loan Trust 2006-24CB**

**Defendant**

**Alternative Loan Trust 2006-25CB**

**Defendant**

**Alternative Loan Trust 2006-26CB**

**Defendant**

**Alternative Loan Trust 2006-27CB**

**Defendant**

**Alternative Loan Trust 2006-28CB**

**Defendant**

**Alternative Loan Trust 2006-29T1**

**Defendant**

**Alternative Loan Trust 2006-2CB**

**Defendant**

**Alternative Loan Trust 2006-30T1**

**Defendant**

**Alternative Loan Trust 2006-31CB**

**Defendant**

**Alternative Loan Trust 2006-32CB**

**Defendant**

**Alternative Loan Trust 2006-33CB**

**Defendant**

**Alternative Loan Trust 2006-34**

**Defendant**

**Alternative Loan Trust 2006-35CB**

**Defendant**

**Alternative Loan Trust 2006-36T2**

**Defendant**

**Alternative Loan Trust 2006-37R**

**Defendant**

**Alternative Loan Trust 2006-39CB**

**Defendant**

**Alternative Loan Trust 2006-40T1**

**Defendant**

**Alternative Loan Trust 2006-41CB**

**Defendant**

**Alternative Loan Trust 2006-42**

**Defendant**

**Alternative Loan Trust 2006-43CB**

**Defendant**

**Alternative Loan Trust 2006-45T1**

**Defendant**

**Alternative Loan Trust 2006-46**

**Defendant**

**Alternative Loan Trust 2006-4CB**

**Defendant**

**Alternative Loan Trust 2006-5T2**

**Defendant**

**Alternative Loan Trust 2006-69**

**Defendant**

**Alternative Loan Trust 2006-6CB**

**Defendant**

**Alternative Loan Trust 2006-7CB**

**Defendant**

**Alternative Loan Trust 2006-8T1**

**Defendant**

**Alternative Loan Trust 2006-9T1**

**Defendant**

**Alternative Loan Trust 2006-HY10**

**Defendant**

**Alternative Loan Trust 2006-HY11**

**Defendant**

**Alternative Loan Trust 2006-HY12**

**Defendant**

**Alternative Loan Trust 2006-HY13**

**Defendant**

**Alternative Loan Trust 2006-HY3**

**Defendant**

**Alternative Loan Trust 2006-J1**

**Defendant**

**Alternative Loan Trust 2006-J2**

**Defendant**

**Alternative Loan Trust 2006-J3**

**Defendant**

**Alternative Loan Trust 2006-J4**

**Defendant**

**Alternative Loan Trust 2006-J5**

**Defendant**

**Alternative Loan Trust 2006-J6**

**Defendant**

**Alternative Loan Trust 2006-J7**

**Defendant**

**Alternative Loan Trust 2006-J8**

**Defendant**

**Alternative Loan Trust 2006-OA1**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OA10**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OA11**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-25**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OA12**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OA14**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OA16**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OA17**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OA18**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OA19**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OA2**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OA21**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OA22**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OA3**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OA6**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OA7**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OA8**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OA9**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OC1**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OC10**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OC11**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OC2**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OC3**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OC4**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OC5**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OC6**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OC7**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OC8**

**<u>Defendant</u>**

**Alternative Loan Trust 2006-OC9**

**<u>Defendant</u>**

**Alternative Loan Trust 2007-10CB**

**<u>Defendant</u>**

**Alternative Loan Trust 2007-11T1**

**Defendant**

**Alternative Loan Trust 2007-12T1**

**Defendant**

**Alternative Loan Trust 2007-13**

**Defendant**

**Alternative Loan Trust 2007-14T2**

**Defendant**

**Alternative Loan Trust 2007-15CB**

**Defendant**

**Alternative Loan Trust 2007-16CB**

**Defendant**

**Alternative Loan Trust 2007-17CB**

**Defendant**

**Alternative Loan Trust 2007-18CB**

**Defendant**

**Alternative Loan Trust 2007-19**

**Defendant**

**Alternative Loan Trust 2007-1T1**

**Defendant**

**Alternative Loan Trust 2007-20**

**Defendant**

**Alternative Loan Trust 2007-21CB**

**Defendant**

**Alternative Loan Trust 2007-22**

**Defendant**

**Alternative Loan Trust 2007-23CB**

**Defendant**

**Alternative Loan Trust 2007-24**

**Defendant**

**Alternative Loan Trust 2007-2CB**

**Defendant**

**Alternative Loan Trust 2007-3T1**

**Defendant**

**Alternative Loan Trust 2007-4CB**

**Defendant**

**Alternative Loan Trust 2007-5CB**

**Defendant**

**Alternative Loan Trust 2007-6**

**Defendant**

**Alternative Loan Trust 2007-7T2**

**Defendant**

**Alternative Loan Trust 2007-8CB**

**Defendant**

**Alternative Loan Trust 2007-9T1**

**Defendant**

**Alternative Loan Trust 2007-AL1**

**Defendant**

**Alternative Loan Trust 2007-HY2**

**Defendant**

**Alternative Loan Trust 2007-HY3**

**Defendant**

**Alternative Loan Trust 2007-HY4**

**Defendant**

**Alternative Loan Trust 2007-HY5R**

**Defendant**

**Alternative Loan Trust 2007-HY6**

**Defendant**

**Alternative Loan Trust 2007-HY7C**

**<u>Defendant</u>**
**Alternative Loan Trust 2007-HY8C**

**<u>Defendant</u>**
**Alternative Loan Trust 2007-HY9**

**<u>Defendant</u>**
**Alternative Loan Trust 2007-J1**

**<u>Defendant</u>**
**Alternative Loan Trust 2007-J2**

**<u>Defendant</u>**
**Alternative Loan Trust 2007-OA10**

**<u>Defendant</u>**
**Alternative Loan Trust 2007-OA2**

**<u>Defendant</u>**
**Alternative Loan Trust 2007-OA3**

**<u>Defendant</u>**
**Alternative Loan Trust 2007-OA4**

**<u>Defendant</u>**
**Alternative Loan Trust 2007-OA6**

**<u>Defendant</u>**
**Alternative Loan Trust 2007-OA7**

**<u>Defendant</u>**
**Alternative Loan Trust 2007-OA8**

**<u>Defendant</u>**
**Alternative Loan Trust 2007-OA9**

**<u>Defendant</u>**
**Alternative Loan Trust 2007-OH1**

**<u>Defendant</u>**
**Alternative Loan Trust 2007-OH2**

**<u>Defendant</u>**

Alternative Loan Trust 2005-10CB

**Defendant**

Alternative Loan Trust 2005-11CB

**Defendant**

Alternative Loan Trust 2005-1CB

**Defendant**

Alternative Loan Trust 2005-2

**Defendant**

Alternative Loan Trust 2005-3CB

**Defendant**

Alternative Loan Trust 2005-4

**Defendant**

Alternative Loan Trust 2005-6CB

**Defendant**

Alternative Loan Trust 2005-7CB

**Defendant**

Alternative Loan Trust 2005-9CB

**Defendant**

Alternative Loan Trust 2005-J1

**Defendant**

Alternative Loan Trust 2005-J3

**Defendant**

Alternative Loan Trust 2005-J4

**Defendant**

Alternative Loan Trust 2005-J5

**Defendant**

Alternative Loan Trust 2005-J6

**Defendant**

Alternative Loan Trust 2007-OH3

**Defendant**

**Alternative Loan Trust Resecuritization 2006-22R**

**Defendant**

**Alternative Loan Trust Resecuritization 2007-26R**

**Defendant**

**Alternative Loan Trust-2005-85CB**

**Defendant**

**Alternative Loan Trust 2005-13CB**

**Defendant**

**Alternative Loan Trust 2005-14**

**Defendant**

**Alternative Loan Trust 2005-16**

**Defendant**

**Alternative Loan Trust 2005-17**

**Defendant**

**Alternative Loan Trust 2005-18CB**

**Defendant**

**Alternative Loan Trust 2005-19CB**

**Defendant**

**Alternative Loan Trust 2005-20CB**

**Defendant**

**Alternative Loan Trust 2005-21CB**

**Defendant**

**Alternative Loan Trust 2005-22T1**

**Defendant**

**Alternative Loan Trust 2005-23CB**

**Defendant**

**Alternative Loan Trust 2005-24**

**Defendant**

**Alternative Loan Trust 2005-25T1**

**Defendant**

**Alternative Loan Trust 2005-26CB**

**Defendant**

**Alternative Loan Trust 2005-69**

**Defendant**

**Alternative Loan Trust 2005-19CB**

**Defendant**

**Alternative Loan Trust 2005-22T1**

**Defendant**

**Alternative Loan Trust 2005-29CB**

**Defendant**

**Alternative Loan Trust 2005-J2**

**Defendant**

**Alternative Loan Trust 2007-25**

**Defendant**

**Alternative Loan Trust Resecuritization 2005-12R**

**Defendant**

**Alternative Loan Trust Resecuritization 2005-5R**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-15**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-16**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-17**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-18**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-19**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-20**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-21**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-22**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-23**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-24**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-25**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-26**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-27**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-28**

**Defendant**

**CHL Mortgage Pass-Through**

**Trust 2005-29**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-30**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-31**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-HYB10**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-HYB4**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-HYB5**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-HYB6**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-HYB7**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-HYB8**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-J2**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-J3**

**Defendant**

**CHL Mortgage Pass-Through Trust 2005-J4**

**<u>Defendant</u>**

**CHL Mortgage Pass-Through Trust 2006-1**

**<u>Defendant</u>**

**CHL Mortgage Pass-Through Trust 2006-10**

**<u>Defendant</u>**

**CHL Mortgage Pass-Through Trust 2006-11**

**<u>Defendant</u>**

**CHL Mortgage Pass-Through Trust 2006-12**

**<u>Defendant</u>**

**CHL Mortgage Pass-Through Trust 2006-13**

**<u>Defendant</u>**

**CHL Mortgage Pass-Through Trust 2006-14**

**<u>Defendant</u>**

**CHL Mortgage Pass-Through Trust 2006-15**

**<u>Defendant</u>**

**CHL Mortgage Pass-Through Trust 2006-16**

**<u>Defendant</u>**

**CHL Mortgage Pass-Through Trust 2006-17**

**<u>Defendant</u>**

**CHL Mortgage Pass-Through Trust 2006-18**

**<u>Defendant</u>**

**CHL Mortgage Pass-Through Trust 2006-19**

**Defendant**

**CHL Mortgage Pass-Through Trust 2006-20**

**Defendant**

**CHL Mortgage Pass-Through Trust 2006-21**

**Defendant**

**CHL Mortgage Pass-Through Trust 2006-3**

**Defendant**

**CHL Mortgage Pass-Through Trust 2006-6**

**Defendant**

**CHL Mortgage Pass-Through Trust 2006-9**

**Defendant**

**CHL Mortgage Pass-Through Trust 2006-HYB1**

**Defendant**

**CHL Mortgage Pass-Through Trust 2006-HYB2**

**Defendant**

**CHL Mortgage Pass-Through Trust 2006-HYB3**

**Defendant**

**CHL Mortgage Pass-Through Trust 2006-HYB4**

**Defendant**

**CHL Mortgage Pass-Through Trust 2006-HYB5**

**Defendant**

**CHL Mortgage Pass-Through Trust 2006-J1**

**Defendant**

**CHL Mortgage Pass-Through Trust 2006-J2**

**Defendant**

**CHL Mortgage Pass-Through Trust 2006-J3**

**Defendant**

**CHL Mortgage Pass-Through Trust 2006-J4**

**Defendant**

**CHL Mortgage Pass-Through Trust 2006-OA4**

**Defendant**

**CHL Mortgage Pass-Through Trust 2006-OA5**

**Defendant**

**CHL Mortgage Pass-Through Trust 2006-TM1**

**Defendant**

**CHL Mortgage Pass-Through Trust 2007-1**

**Defendant**

**CHL Mortgage Pass-Through Trust 2007-10**

**Defendant**

**CHL Mortgage Pass-Through Trust 2007-11**

**Defendant**

**CHL Mortgage Pass-Through Trust 2007-12**

**Defendant**

**CHL Mortgage Pass-Through Trust 2007-13**

**Defendant**

**CHL Mortgage Pass-Through**

Trust 2007-14

**Defendant**

CHL Mortgage Pass-Through
Trust 2007-15

**Defendant**

CHL Mortgage Pass-Through
Trust 2007-16

**Defendant**

CHL Mortgage Pass-Through
Trust 2007-17

**Defendant**

CHL Mortgage Pass-Through
Trust 2007-18

**Defendant**

CHL Mortgage Pass-Through
Trust 2007-19

**Defendant**

CHL Mortgage Pass-Through
Trust 2007-2

**Defendant**

CHL Mortgage Pass-Through
Trust 2007-20

**Defendant**

CHL Mortgage Pass-Through
Trust 2007-21

**Defendant**

CHL Mortgage Pass-Through
Trust 2007-3

**Defendant**

CHL Mortgage Pass-Through
Trust 2007-4

**Defendant**

CHL Mortgage Pass-Through
Trust 2007-5

**Defendant**

**CHL Mortgage Pass-Through
Trust 2007-6**

**Defendant**

**CHL Mortgage Pass-Through
Trust 2007-7**

**Defendant**

**CHL Mortgage Pass-Through
Trust 2007-8**

**Defendant**

**CHL Mortgage Pass-Through
Trust 2007-9**

**Defendant**

**CHL Mortgage Pass-Through
Trust 2007-HY1**

**Defendant**

**CHL Mortgage Pass-Through
Trust 2007-HY3**

**Defendant**

**CHL Mortgage Pass-Through
Trust 2007-HY4**

**Defendant**

**CHL Mortgage Pass-Through
Trust 2007-HY5**

**Defendant**

**CHL Mortgage Pass-Through
Trust 2007-HY6**

**Defendant**

**CHL Mortgage Pass-Through
Trust 2007-HY7**

**Defendant**

**CHL Mortgage Pass-Through
Trust 2007-HYB1**

**Defendant**

**CHL Mortgage Pass-Through Trust 2007-HYB2**

**Defendant**

**CHL Mortgage Pass-Through Trust 2007-J1**

**Defendant**

**CHL Mortgage Pass-Through Trust 2007-J2**

**Defendant**

**CHL Mortgage Pass-Through Trust 2007-J3**

**Defendant**

**CWABS Asset-Backed Certificate Trust 2006-ABC1**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2005-10**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2005-11**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2005-12**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2005-13**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2005-14**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2005-15**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2005-16**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2005-17**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2005-4**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2005-5**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2005-6**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2005-7**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2005-8**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2005-9**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2005-AB2**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2005-AB3**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2005-AB4**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates**

**Trust 2005-AB5**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2005-BC3**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2005-BC4**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2005-BC5**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2005-HYB9**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2005-IM1**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2005-IM2**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2005-IM3**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2006-1**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2006-10**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2006-11**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2006-12**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2006-13**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2006-14**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2006-15**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2006-16**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2006-17**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2006-18**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2006-19**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2006-2**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2006-20**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2006-21**

**<u>Defendant</u>**

**CWABS Asset-Backed Certificates Trust 2006-22**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2006-23**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2006-24**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2006-25**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2006-26**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2006-3**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2006-4**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2006-5**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2006-6**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2006-7**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2006-8**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2006-9**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2006-BC1**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2006-BC2**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2006-BC3**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2006-BC4**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2006-BC5**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2006-IM1**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2006-SPS1**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2006-SPS2**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2007-1**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2007-10**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2007-11**

**Defendant**

**CWABS Asset-Backed Certificates**

**Trust 2007-12**

<u>**Defendant**</u>

**CWABS Asset-Backed Certificates Trust 2007-13**

<u>**Defendant**</u>

**CWABS Asset-Backed Certificates Trust 2007-2**

<u>**Defendant**</u>

**CWABS Asset-Backed Certificates Trust 2007-3**

<u>**Defendant**</u>

**CWABS Asset-Backed Certificates Trust 2007-4**

<u>**Defendant**</u>

**CWABS Asset-Backed Certificates Trust 2007-5**

<u>**Defendant**</u>

**CWABS Asset-Backed Certificates Trust 2007-6**

<u>**Defendant**</u>

**CWABS Asset-Backed Certificates Trust 2007-7**

<u>**Defendant**</u>

**CWABS Asset-Backed Certificates Trust 2007-8**

<u>**Defendant**</u>

**CWABS Asset-Backed Certificates Trust 2007-9**

<u>**Defendant**</u>

**CWABS Asset-Backed Certificates Trust 2007-BC1**

<u>**Defendant**</u>

**CWABS Asset-Backed Certificates Trust 2007-BC2**

**Defendant**

**CWABS Asset-Backed Certificates Trust 2007-BC3**

**Defendant**

**CWHEQ Home Equity Loan Trust Series 2006-S1**

**Defendant**

**CWHEQ Home Equity Loan Trust Series 2006-S10**

**Defendant**

**CWHEQ Home Equity Loan Trust Series 2006-S2**

**Defendant**

**CWHEQ Home Equity Loan Trust Series 2006-S3**

**Defendant**

**CWHEQ Home Equity Loan Trust Series 2006-S4**

**Defendant**

**CWHEQ Home Equity Loan Trust Series 2006-S1**

**Defendant**

**CWHEQ Home Equity Loan Trust Series 2006-S2**

**Defendant**

**CWHEQ Home Equity Loan Trust Series 2006-S3**

**Defendant**

**CWHEQ Home Equity Loan Trust Series 2006-S5**

**Defendant**

**CWHEQ Home Equity Loan Trust Series 2006-S6**

**Defendant**

**CWHEQ Home Equity Loan Trust Series 2006-S7**

**Defendant**

**CWHEQ Home Equity Loan Trust Series 2006-S8**

**Defendant**

**CWHEQ Home Equity Loan Trust Series 2006-S9**

**Defendant**

**CWHEQ Revolving Home Equity Loan Trust Series 2005-C**

**Defendant**

**CWHEQ Revolving Home Equity Loan Trust Series 2005-D**

**Defendant**

**CWHEQ Revolving Home Equity Loan Trust Series 2005-E**

**Defendant**

**CWHEQ Revolving Home Equity Loan Trust Series 2005-F**

**Defendant**

**CWHEQ Revolving Home Equity Loan Trust Series 2005-G**

**Defendant**

**CWHEQ Revolving Home Equity Loan Trust Series 2005-H**

**Defendant**

**CWHEQ Revolving Home Equity Loan Trust Series 2005-I**

**Defendant**

**CWHEQ Revolving Home Equity Loan Trust Series 2005-J**

**Defendant**

**CWHEQ Revolving Home Equity
Loan Trust Series 2005-K**

**Defendant**

**CWHEQ Revolving Home Equity
Loan Trust Series 2005-L**

**Defendant**

**CWHEQ Revolving Home Equity
Loan Trust Series 2005-M**

**Defendant**

**CWHEQ Revolving Home Equity
Loan Trust Series 2006-A**

**Defendant**

**CWHEQ Revolving Home Equity
Loan Trust Series 2006-B**

**Defendant**

**CWHEQ Revolving Home Equity
Loan Trust Series 2006-C**

**Defendant**

**CWHEQ Revolving Home Equity
Loan Trust Series 2006-D**

**Defendant**

**CWHEQ Revolving Home Equity
Loan Trust Series 2006-E**

**Defendant**

**CWHEQ Revolving Home Equity
Loan Trust Series 2006-F**

**Defendant**

**CWHEQ Revolving Home Equity
Loan Trust Series 2006-G**

**Defendant**

**CWHEQ Revolving Home Equity
Loan Trust Series 2006-H**

**Defendant**

**CWHEQ Revolving Home Equity**

Loan Trust Series 2006-I

**Defendant**

**CWHEQ Revolving Home Equity Loan Trust Series 2007-A**

**Defendant**

**CWHEQ Revolving Home Equity Loan Trust Series 2007-B**

**Defendant**

**CWHEQ Revolving Home Equity Loan Trust Series 2007-C**

**Defendant**

**CWHEQ Revolving Home Equity Loan Trust Series 2007-D**

**Defendant**

**CWHEQ Revolving Home Equity Loan Trust Series 2007-E**

**Defendant**

**CWHEQ Revolving Home Equity Loan Trust Series 2007-G**

**Objector**

**Broderick CDO 2 Ltd.**                    represented by **Michael I Katz**
                                            Katz and Yoon LLP
                                            4 Park Plaza Suite 1040
                                            Irvine, CA 92614
                                            949-748-1910
                                            Fax: 949-242-2670
                                            Email: mkatz@katzyoon.com
                                            *ATTORNEY TO BE NOTICED*

                                            **William N Hebert**
                                            Calvo Fisher and Jacob LLP
                                            One Lombard Street 2nd Floor
                                            San Francisco, CA 94111
                                            415-374-8370
                                            Fax: 415-374-8373
                                            Email: whebert@calvofisher.com
                                            *ATTORNEY TO BE NOTICED*

**David J Grais**
Grais and Ellsworth LLP
1211 Avenue of the Americas
New York, NY 10036
212-755-0100
Fax: 212-755-0052
Email: DGrais@graisellsworth.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
Grais and Ellsworth LLP
1211 Avenue of the Americas
New York, NY 10036
212-755-0100
Fax: 212-755-0052
Email:
kmatthews@graisellsworth.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
Grais and Ellsworth LLP
1211 Avenue of the Americas
New York, NY 10036
212-755-0100
Fax: 212-755-0053
Email: ocyrulnik@graisellsworth.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Cimarron CDO, Ltd.**                represented by    **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Crystal Cove CDO, Ltd.**           represented by **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Duke Funding IX, Ltd.**           represented by **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Florida East Funding LLC**    represented by   **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Florida Funding II LLC**    represented by   **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

Florida West Funding LLC          represented by  **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

G Square Finance 2006-1 Ltd.          represented by  **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Hout Bay 2006-1 Ltd.**    represented by    **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Kleros Preferred Funding, Ltd.**    represented by    **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)

*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

MLC Investments Ltd.                represented by    **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

Millstone II CDO, Ltd.              represented by    **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Millstone III CDO, Ltd.**            represented by   **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Millstone IV CDO, Ltd.**            represented by   **Michael I Katz**
(See above for address)

*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**South Coast Funding III Ltd.**          represented by  **William N Hebert**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Objector**

**Ellington Management Group,**          represented by  **Michael I Katz**
**LLC**                                                   (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William N Hebert**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **David J Grais**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kathryn E Matthews**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Owen L Cyrulnik**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Federal Deposit Insurance Corporation**
*as Receiver for First Pacific Bank of California*

represented by **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Federal Deposit Insurance Corporation**
*as Receiver for Affinity Bank*

represented by **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Federal Deposit Insurance Corporation**
*as Receiver for CF Bancorp*

represented by **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Federal Deposit Insurance Corporation**
*as Receiver for Citizens National Bank*

represented by **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)

                       *PRO HAC VICE*
                       *ATTORNEY TO BE NOTICED*

                       **Owen L Cyrulnik**
                       (See above for address)
                       *PRO HAC VICE*
                       *ATTORNEY TO BE NOTICED*

**Objector**

**Federal Deposit Insurance Corporation**
*as Receiver for Eurobank*

      represented by **Michael I Katz**
              (See above for address)
              *ATTORNEY TO BE NOTICED*

              **William N Hebert**
              (See above for address)
              *ATTORNEY TO BE NOTICED*

              **David J Grais**
              (See above for address)
              *PRO HAC VICE*
              *ATTORNEY TO BE NOTICED*

              **Kathryn E Matthews**
              (See above for address)
              *PRO HAC VICE*
              *ATTORNEY TO BE NOTICED*

              **Owen L Cyrulnik**
              (See above for address)
              *PRO HAC VICE*
              *ATTORNEY TO BE NOTICED*

**Objector**

**Federal Deposit Insurance Corporation**
*as Receiver for First Banking Center*

      represented by **Michael I Katz**
              (See above for address)
              *ATTORNEY TO BE NOTICED*

              **William N Hebert**
              (See above for address)
              *ATTORNEY TO BE NOTICED*

              **David J Grais**
              (See above for address)
              *PRO HAC VICE*
              *ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

| | | |
|---|---|---|
| **Federal Deposit Insurance Corporation**<br>*as Receiver for First Dupage Bank* | represented by | **Michael I Katz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

| | | |
|---|---|---|
| **Federal Deposit Insurance Corporation**<br>*as Receiver for Horizon Bank* | represented by | **Michael I Katz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Federal Deposit Insurance Corporation**
*as Receiver for Imperial Capital Bank*

represented by **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Federal Deposit Insurance Corporation**
*as Receiver for Independent Bankers Bank*

represented by **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Federal Deposit Insurance Corporation**
*as Receiver for Los Padres Bank*

represented by **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Federal Deposit Insurance Corporation**
*as Receiver for Palos Bank & Trust Co.*

represented by **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Objector**</u>

**Federal Deposit Insurance Corporation**
*as Receiver for Prosperan Bank*

represented by **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Objector**</u>

**Federal Deposit Insurance Corporation**
*as Receiver for SCB Bank*

represented by **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**

(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Federal Deposit Insurance Corporation**
*as Receiver for ShoreBank*

represented by **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Federal Deposit Insurance Corporation**
*as Receiver for Statewide Bank*

represented by **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Federal Deposit Insurance Corporation**
*as Receiver for USA Bank*

represented by **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Federal Deposit Insurance**

represented by **Michael I Katz**

**Corporation**
*as Receiver for Venture Bank*

(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Federal Deposit Insurance Corporation**
*as Receiver for Warren Bank*

represented by **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J Grais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**<u>Objector</u>**

**Ellington Management Group, LLC**                 represented by   **Michael I Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathryn E Matthews**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Owen L Cyrulnik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

1      UNITED STATES DISTRICT COURT
       CENTRAL DISTRICT OF CALIFORNIA

2

3 MAINE STATE RETIREMENT   ) No. 2:10-cv-00302-MRP(MANx)
 SYSTEM, Individually and On Behalf )
 of All Others Similarly Situated,   ) CLASS ACTION

4

5        Plaintiff,  ) ~~[PROPOSED]~~ FINAL JUDGMENT
              ) AND ORDER OF DISMISSAL WITH
6  vs.         ) PREJUDICE

7 COUNTRYWIDE FINANCIAL   )
 CORPORATION, et al.,     )

8       Defendants.  )

9

10 WESTERN CONFERENCE OF   ) No. 2:12-cv-05122-MRP(MANx)
 TEAMSTERS PENSION TRUST  )
 FUND, Individually and On Behalf of ) CLASS ACTION
11 All Others Similarly Situated,    )

12        Plaintiff,  )

13  vs.         )

14 COUNTRYWIDE FINANCIAL   )
 CORPORATION, et al.,     )

15       Defendants.  )

16 

17 DAVID H. LUTHER, et al.,    ) No. 2:12-cv-05125-MRP(MANx)
 Individually and On Behalf of All  )
 Others Similarly Situated,     ) CLASS ACTION
18

19       Plaintiffs,  )

20  vs.         )

21 COUNTRYWIDE FINANCIAL   )
 CORPORATION, et al.,     )

22       Defendants.  )

23 

24

25

26

27

28

FILED
CLERK, U.S. DISTRICT COURT

DEC 1 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY      DEPUTY

1    This matter came before the Court for a hearing pursuant to the Order of this

2    Court entered on August 7, 2013 (the "Preliminary Approval Order"), on the

3    application of the Parties for approval of the Settlement set forth in the Stipulation and

4    Agreement of Settlement (the "Settlement Agreement"), executed as of July 9, 2013

5    and filed with the Court on that date. All capitalized terms used herein have the

6    meanings set forth and defined in the Settlement Agreement.

7    The Court has received declarations attesting to the mailing of the Notice and

8    publication of the Summary Notice in accordance with the Preliminary Approval

9    Order. Due and adequate notice having been given to the Class as required by the

10   Preliminary Approval Order, and the Court having considered all papers filed and

11   proceedings in these Actions, including the objections filed in connection with the

12   Settlement and otherwise being fully informed of the matters herein, and good cause

13   appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as

14   follows:

15   1.    This Court has jurisdiction over the subject matter of the Actions,

16   including the terms and conditions of the Settlement Agreement and all exhibits

17   thereto and the Plan of Allocation of the Net Settlement Fund, and over all Parties to

18   the Actions and all Class Members.

19   2.    The Court hereby certifies, for settlement purposes only, pursuant to Rule

20   23 of the Federal Rules of Civil Procedure, a class ("Class") defined as follows:

21       all Persons that purchased or otherwise acquired the individual securities

22       issued as part of the 429 Offerings collectively at issue in the Actions

23       (the "Certificates") during the period March 12, 2004 through August 7,

24       2013 ("Class Period"). Excluded from the Class are: the Defendants;

25       members of the Individual Defendants' immediate families; any entity in

26       which any Underwriter Defendant has a majority interest; any entity in

27       which any other Defendant has a majority or controlling interest; any

28       person who was an officer, director, partner, or controlling person of any

- 1 -

1  Defendant during the Class Period; and the legal representatives, heirs,
2  successors and assigns of any such excluded Person.  Also excluded
3  from the Class are those Persons listed on Exhibit 1 hereto who have
4  submitted valid requests for exclusion from the Class in compliance with
5  each of the requirements set forth in the Notice.

6      3.     Pursuant to Rule 23 of the Federal Rules of Civil Procedure, and for the
7  purposes of the Settlement only, the following plaintiffs are appointed as the Class
8  Representatives for the Class:  Iowa Public Employees' Retirement System, David H.
9  Luther, General Board of Pension and Health Benefits of the United Methodist
10 Church, Maine State Retirement System, Mashreqbank, p.s.c., Operating Engineers
11 Annuity Plan, Orange County Employees' Retirement System, Pension Trust Fund for
12 Operating Engineers, the State of Oregon, by and through the Oregon State Treasurer
13 and the Oregon Public Employee Retirement Board on behalf of the Oregon Public
14 Employee Retirement Fund, Vermont Pension Investment Committee, Washington
15 State Plumbing and Pipefitting Pension Trust, and Western Conference of Teamsters
16 Pension Trust Fund.  The law firms of Cohen Milstein Sellers & Toll PLLC, Kessler
17 Topaz Meltzer & Check, LLP and Robbins Geller Rudman & Dowd LLP ("Plaintiffs'
18 Counsel") ~~are~~ *have been and are* appointed as counsel for the Class.

19     4.     With respect to the Class, the Court finds, solely for the purposes of
20 settlement, that:

21        (a)    the members of the Class are so numerous that joinder of all Class
22 Members in the Actions is impracticable;

23        (b)    there are questions of law and fact common to the Class;

24        (c)    the claims by Class Representatives are typical of the claims of the
25 Class;

26        (d)    Class Representatives and their counsel have and will fairly and
27 adequately represent and protect the interests of Class Members;

28

1    (e) the questions of law and fact common to the members of the Class
2 predominate over any questions affecting only individual members; and

3    (f) a class action is superior to other available methods for the fair and
4 efficient adjudication of the controversy, considering: (i) the interests of Class
5 Members in individually controlling the prosecution of separate actions; (ii) the extent
6 and nature of any litigation concerning the controversy already commenced by Class
7 Members; and (iii) the desirability or undesirability of concentrating the litigation of
8 these claims in this particular forum.

9   5. The Court finds that the distribution of the Notice and the publication of
10 the Summary Notice, and the notice methodology, all implemented in accordance with
11 the terms of the Settlement Agreement and the Court's Preliminary Approval Order:

12    (a) constituted the best practicable notice to Class Members under the
13 circumstances of the Actions;

14    (b) was reasonably calculated, under the circumstances, to apprise
15 Class Members of: (i) the proposed Settlement of the Actions; (ii) their right to
16 exclude themselves from the Class; (iii) their right to object to any aspect of the
17 proposed Settlement; (iv) their right to appear at the Fairness Hearing, either on their
18 own or through counsel hired at their own expense, if they are not excluded from the
19 Class; and (v) the binding effect of the proceedings, rulings, orders, and judgments in
20 the Actions, whether favorable or unfavorable, on all Class Members who are not
21 excluded from the Class;

22    (c) was reasonable and constituted due, adequate, and sufficient notice
23 to all Persons entitled to be provided with notice; and

24    (d) fully satisfied all applicable requirements of the Federal Rules of
25 Civil Procedure (including Rules 23(c) and (d)), the United States Constitution
26 (including the Due Process Clause), the Private Securities Litigation Reform Act of
27 1995, the Rules of the Court, and any other applicable law.

28

1      6.     In response to the Notice directed to potential Class Members, three (3)

2  objections to the Settlement were filed (the "Objections") (Dkt. Nos. 482, 485, 524 in

3  Case No. 2:10-cv-00302; Dkt. Nos. 204, 223 in Case No. 2:12-cv-05122; Dkt. Nos.

4  227, 274 in Case No. 2:12-cv-05125). After considering the Objections with respect

5  to the Settlement, the Court hereby overrules the Objections and finds that the

6  Settlement is fair, adequate and reasonable.

7      7.     Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court

8  finds that the proposed Settlement should be finally approved as: (i) it is the result of

9  serious, extensive arm's-length and non-collusive negotiations; (ii) it falls within a

10  range of reasonableness warranting final approval; (iii) it has no obvious deficiencies;

11  (iv) it does not improperly grant preferential treatment to the named Plaintiffs, or

12  segments of the Class; and (v) the Objections are without merit and overruled. The

13  Parties and their counsel are hereby directed to implement and consummate the

14  Settlement in accordance with its terms and conditions.

15      8.     The Actions and all Settled Claims are dismissed with prejudice. The

16  Parties are to bear their own costs, except as otherwise provided in the Settlement

17  Agreement or this Final Judgment and Order of Dismissal with Prejudice ("Final

18  Judgment").

19      9.     In accordance with Paragraph 1(qq) of the Settlement Agreement, for

20  purposes of this Final Judgment the term "Released Parties" shall mean:

21          (i)     any and all of the following persons and entities: (1) the

22  Defendants; (2) each and every person, partnership, firm, corporation, limited liability

23  company, trust or other entity or organization in which any Defendant has a

24  controlling interest or which is or was related to or affiliated with any of the

25  Defendants; and (3) any other Person that is or was an issuer, depositor, sponsor,

26  underwriter, seller, or servicer of any one or more of the Offerings or the Certificates

27  comprising them, or that otherwise is or was involved in any way in the creation,

28  underwriting, issuance, structuring, rating, marketing, sale, servicing, or

1   collateralization of, or in any other way with, any one or more of the Offerings or the
2   Certificates comprising them;

3         (ii)    with respect to each of the Persons in subsection (i) of this
4   paragraph, their respective past or present directors, officers, employees, insurers,
5   reinsurers, attorneys, agents, partners, principals, advisors, investment advisors,
6   auditors, accountants, trustees, underwriters, investment bankers, affiliates,
7   subsidiaries, parents, any other entity in which any such parent entity has a controlling
8   interest or which is or was related to or affiliated with any such parent, successors,
9   predecessors, heirs, Immediate Family, executors or administrators; and

10         (iii)   the legal representatives, predecessors, successors and
11   assigns of any of the foregoing.

12       10.    In accordance with Paragraph 1(rr) of the Settlement Agreement, for
13   purposes of this Final Judgment the term "Settled Claims" shall mean, to the fullest
14   extent permitted by law or equity, any and all claims, debts, rights, demands, disputes,
15   matters, actions and causes of action of any kind concerning, arising out of, based
16   upon, or relating in any way to any of the Offerings or any one or more of the tranches
17   comprising such Offerings (including the Certificates), including but not limited to all
18   claims, debts, rights, demands, disputes, matters, actions and causes of action
19   concerning, arising out of, based upon, or relating in any way to any of the allegations,
20   facts, circumstances, transactions, statements, misstatements, omissions, or subject
21   matters that were alleged or could have been alleged in the Actions or in any other
22   actions (including but not limited to the putative class action captioned *Putnam Bank*
23   *v. Countrywide Financial Corp., et al.*, No. 2:11-cv-04698-MRP-MAN (C.D. Cal.)),
24   or could in the future be alleged, whether such claims, debts, rights, demands,
25   disputes, matters, actions, or causes of action are known or Unknown Claims, direct,
26   derivative, indirect or otherwise, whether under federal, state, local, foreign, or other
27   law, whether based on statutory or common law, or any other law, rule or regulation,
28   or whether arising under contract, trust indenture, other trust agreement or document,

- 5 -

or any other document or otherwise, including but not limited to claims for successor liability, for damages, rescission, or any other remedy or relief whatsoever, as against any and all Released Parties; provided, however, that Settled Claims do not include any and all individual, class, or derivative claims that have been asserted against Bank New York Mellon in complaints filed in *Retirement Bd. of the Policemen's Ann. & Benefit Fund of the City of Chicago v. The Bank of New York Mellon*, No. 1:11-cv-05459-WHP (S.D.N.Y.) (including, but not limited to, claims asserted against Bank New York Mellon in any amended complaint in that action permitted as a result of the currently pending motion filed July 3, 2013 under Federal Rules of Civil Procedure 15(a) and 62.1 in that action, or that certain appeal currently pending in the Second Circuit, *Retirement Bd. of the Policemen's Ann. & Benefit Fund of the City of Chicago v. The Bank of New York Mellon*, Nos. 13-1776, 13-1777 (2d Cir.)), and provided further that Settled Claims shall not include claims to enforce the Settlement or any benefits to which any Plaintiff or other member of the Class may become entitled, upon final court approval of that certain settlement agreement dated June 28, 2011 (or any amended agreement), among (i) The Bank of New York Mellon in its capacity as trustee or indenture trustee for certain trusts formed in connection with the offering of MBS issued by subsidiaries of Countrywide Financial Corporation, and (ii) Bank of America Corporation, Bank of America Corporation Home Loans Servicing, L.P., Countrywide Financial Corporation, and Countrywide Home Loans, Inc. ("the BNYM Settlement"). Notwithstanding the foregoing, if the BNYM Settlement does not receive final court approval as currently agreed, Plaintiffs and the Class shall retain all contractual rights they may have in regard to certificates included in the BNYM Settlement under the pooling and servicing agreements pursuant to which they purchased those certificates, including but not limited to the right, if any, to participate in any other settlement reached, action taken, or recovery obtained in regard to such certificates by the trustee of the MBS trusts at issue in the BNYM Settlement.

11.     In accordance with Paragraph 1(ss) of the Settlement Agreement, for purposes of this Final Judgment the term "Settled Defendants' Claims" shall mean: any and all claims, rights, demands, and causes of action or liabilities of any kind, nature, and character whatsoever in law, equity, or otherwise, including both known and Unknown Claims, which were, could have been, or could be asserted in any forum by the Defendants or any of them against Plaintiffs or Plaintiffs' Counsel, whether under United States federal, state, local, statutory, or common law, or any other law, rule, or regulation, based upon, arising out of or relating to, directly or indirectly, the initiation, prosecution or settlement of any and all of the Actions; ***provided, however***, that "Settled Defendants' Claims" shall not include claims to enforce the Settlement.

12.     In accordance with Paragraph 1(aaa) of the Settlement Agreement, for purposes of this Final Judgment the term "Unknown Claims" shall mean: any and all Settled Claims that Plaintiffs (or any of them) or any Class Member does not know or suspect to exist in his, her or its favor as of the Effective Date and any Settled Defendants' Claims that any Released Party does not know or suspect to exist in his, her or its favor as of the Effective Date that, if known by him, her or it, might have affected his, her or its decision(s) with respect to the Settlement, or might have affected such party's decision not to object to this Settlement.  With respect to any and all Settled Claims and Settled Defendants' Claims, upon the Effective Date, Plaintiffs and Defendants shall expressly waive, and each Class Member and Released Party shall be deemed to have waived, and by operation of this Final Judgment shall have expressly waived, the provisions, rights and benefits of California Civil Code § 1542, and of any U.S. federal or state law, or principle of common law or otherwise, that is similar, comparable, or equivalent to Section 1542 of the California Civil Code, which provides, in relevant part:

A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the

- 7 -

1  release, which if known by him or her must have materially affected his

2  or her settlement with the debtor.

3  Plaintiffs and other Class Members or certain of them and Defendants and other

4  Released Parties may hereafter discover facts in addition to or different from those

5  which such party now knows or believes to be true with respect to the subject matter

6  of the Settled Claims and Settled Defendants' Claims, but Plaintiffs and the Class

7  Members, and each of them, upon the Effective Date, by operation of this Final

8  Judgment shall have, fully, finally, and forever settled and released, any and all

9  Settled Claims, known or unknown, suspected or unsuspected, contingent or non-

10  contingent, whether or not concealed or hidden, that now exist or heretofore have

11  existed, upon any theory of law or equity now existing or coming into existence in the

12  future, including, but not limited to, claims relating to conduct that is negligent,

13  reckless, intentional, with or without malice, or a breach of any duty, law or rule, and

14  the Released Parties, upon the Effective Date, by operation of this Final Judgment

15  shall have, fully, finally, and forever settled and released, any and all Settled

16  Defendants' Claims, known or unknown, suspected or unsuspected, contingent or

17  non-contingent, whether or not concealed or hidden, that now exist or heretofore have

18  existed, upon any theory of law or equity now existing or coming into existence in the

19  future, including, but not limited to, claims relating to conduct that is negligent,

20  reckless, intentional, with or without malice, or a breach of any duty, law or rule,

21  without regard to the subsequent discovery or existence of such different or additional

22  facts.  Plaintiffs and Defendants each acknowledge, and the Class Members and

23  Released Parties shall be deemed by operation of this Final Judgment to have

24  acknowledged, that the foregoing waiver was separately bargained for and was a key

25  element of the Settlement.

26    13.    Plaintiffs and each and every Class Member, on behalf of themselves and

27  any of their personal representatives, spouses, domestic partners, trustees, heirs,

28  executors, administrators, successors and assigns: (i) shall be deemed to have, and by

- 8 -

95

operation of this Final Judgment shall have, fully, finally, and forever released, relinquished, waived, settled, and discharged all Settled Claims against each and every one of the Released Parties, regardless of whether or not such Class Member executes and delivers a Proof of Claim; and (ii) shall be deemed to be, and by operation of this Final Judgment shall be, forever barred and enjoined from instituting, instigating, prosecuting, participating in, continuing, maintaining, pursuing, encouraging, or asserting any Settled Claim against any of the Released Parties, or assisting any Person in instituting, instigating, prosecuting, participating in, continuing, maintaining, pursuing, encouraging, or asserting any Settled Claim, against any of the Released Parties, whether directly or indirectly, whether in the United States or elsewhere, whether on their own behalf or on behalf of any class or any other Person, and regardless of whether or not such Class Member executes and delivers a Proof of Claim.

14.     Subject to Paragraph 10 above, Plaintiffs on behalf of themselves and any of their personal representatives, spouses, domestic partners, trustees, heirs, executors, administrators, successors and assigns, shall be deemed to be, and by operation of this Final Judgment shall be, forever barred and enjoined from:

(i)     taking any action that is likely or intended to, or reasonably could be expected to, (1) lead to a repurchase, put-back, documentation, servicing, or other claim against any of the Released Parties in respect of any mortgage loan underlying the Certificates or (2) interfere with or object to any settlement agreement or other agreements, proceedings, or discussions relating to the Certificates between or among any of the Released Parties, any holders of Certificates, and/or any trustee for any trusts associated with such Certificates, including without limitation the BNYM Settlement; or (ii) using or exercising in a manner adverse to the Released Parties or their affiliates any rights to make any direction, or any voting, control, or consent rights, that they may hold in respect of the Certificates, or joining or aggregating such rights with others in a manner adverse to any of the Released Parties.

15.     Each of the Released Parties shall be deemed to have, and by operation of this Final Judgment shall have, fully, finally, and forever released, relinquished, and discharged each and all of the Class Members, Plaintiffs, and Plaintiffs' Counsel from all Settled Defendants' Claims arising out of, relating to, or in connection with the institution, prosecution, or settlement of the Actions or the Settled Claims.

16.     The named Plaintiffs shall not encourage, instigate or solicit any other Person to assert claims against the Released Parties, in any judicial or administrative forum or otherwise, arising out of, based upon, or related to statements made or allegedly omitted from any written or other communications made or alleged to have been made in connection with the offering, purchase or sale of mortgage-backed securities issued by the Countrywide Defendants.

17.     All persons and/or entities whose names appear on Exhibit 1 hereto are hereby excluded from the Class, are not bound by this Final Judgment, and may not make any claim with respect to or receive any benefit from the Settlement.  Such excluded persons and/or entities may not pursue any Settled Claims on behalf of those who are bound by this Final Judgment.  Upon entry of this Final Judgment, Defendants will retain the right to assert as to any Class Member that has validly excluded itself, himself or herself from the Class any and all defenses Defendants may have to any claims that any such Class Member may seek to assert against Defendants, including without limitation the defense that any such claims are untimely under applicable statutes of limitations and statutes of repose, are otherwise subject to dismissal, or otherwise lack merit, pursuant to the rulings previously issued by this Court, by any other court, or otherwise.

18.     Neither the Settlement Agreement nor the terms of the Settlement Agreement, whether or not consummated and whether or not terminated, shall be offered or received into any action or proceeding for any purpose, except (i) in an action or proceeding arising under the Settlement Agreement or arising out of this Final Judgment, (ii) in any action or proceeding where the releases provided pursuant

- 10 -

to the Settlement Agreement may serve as a bar to recovery, and (iii) in any action or proceeding to determine the availability, scope, or extent of insurance coverage (or reinsurance related to such coverage) for the sums expended for the Settlement and defense of the Actions.

19. This Final Judgment, the Settlement Agreement, whether or not consummated and whether or not terminated, any of their respective provisions, any negotiations, proceedings or agreements relating to the Settlement Agreement and the Settlement, all matters arising in connection with such negotiations, proceedings or agreements, and all acts performed or documents executed pursuant to or in furtherance of the Settlement Agreement:

(i) shall not be offered or received against the Plaintiffs or any of the Released Parties as evidence of a presumption, concession, or admission of any kind;

(ii) shall not be offered or received against any of the Released Parties as evidence of an admission by any of those Released Parties with respect to the truth of any fact, including without limitation any fact alleged in any of the Actions, or that could have been alleged in any of the Actions, or the validity of any Settled Claim, or the deficiency of any defense that has been or could have been asserted, or of any liability, negligence, fault, or wrongdoing of the Released Parties;

(iii) shall not be offered or received against the Released Parties as evidence of any fault, misrepresentation, omission or other actionable conduct of any kind with respect to any statement or written document approved or made by any of the Released Parties;

(iv) shall not be offered or received against the Released Parties as evidence of any liability, negligence, fault or wrongdoing, or in any way referred to for any other reason as against any of the Released Parties, in any other civil, criminal or administrative action or proceeding, other than such proceedings as may be

1 necessary to effectuate the provisions of the Settlement Agreement or this Final
2 Judgment;

3                     (v)     shall not be construed against any of the Released Parties as
4 an admission or concession that the consideration to be given hereunder represents the
5 amount that could be or would have been recovered after trial;

6                     (vi)    shall not be construed as or received in evidence as an
7 admission, concession or presumption against Plaintiffs or any of the Class Members
8 that any of their claims are without merit, or that any defenses asserted by the
9 Defendants have any merit, or that damages recoverable in the Actions would not
10 have exceeded the Settlement Amount; and

11                     (vii)   shall not, in the event of a Termination, be used by any Party
12 for any purpose in any trial in the Actions.
13 Any Party may file this Settlement Agreement and/or this Final Judgment in any
14 action that may be brought to enforce the terms of this Settlement Agreement and/or
15 this Final Judgment, or any action related to rights or claims of any Defendant relating
16 to indemnification and/or advancement in connection with the Actions.

17      20.     Without affecting the finality of this Final Judgment in any way, this
18 Court hereby retains continuing jurisdiction over: (a) implementation of the
19 Settlement and any award or distribution from the Gross Settlement Fund, including
20 interest earned thereon; (b) disposition of the Net Settlement Fund; (c) hearing and
21 determining applications for attorneys' fees, costs, interest and reimbursement of
22 expenses in the Actions; and (d) all Parties hereto for the purpose of construing,
23 enforcing and administering the Settlement.

24      21.     Any order regarding the Plan of Allocation of the Net Settlement Fund
25 submitted by Plaintiffs' Counsel or any order regarding the Fee and Expense Award,
26 or any appeal, modification or change thereof, shall in no way disturb or affect this
27 Final Judgment and shall be considered separate from this Final Judgment.

28

22.     This Court finds that Plaintiffs Iowa Public Employees' Retirement System, David H. Luther, General Board of Pension and Health Benefits of the United Methodist Church, Maine State Retirement System, Mashreqbank, p.s.c., Operating Engineers Annuity Plan, Orange County Employees' Retirement System, Pension Trust Fund for Operating Engineers, the State of Oregon, by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board on behalf of the Oregon Public Employee Retirement Fund, Vermont Pension Investment Committee, Washington State Plumbing and Pipefitting Pension Trust, and Western Conference of Teamsters Pension Trust Fund, and Plaintiffs' Counsel adequately represented the Class under Rules 23(a)(4) and (g) of the Federal Rules of Civil Procedure for purpose of negotiating, entering into, and implementing the Settlement and at all times during the pendency of the Actions.

23.     This Court finds that during the course of the litigation, the Parties and their respective counsel at all times complied with the requirements of Rule 11 of the Federal Rules of Civil Procedure in connection with the commencement, maintenance, prosecution, defense and settlement of the Actions.

24.     Nothing in this Final Judgment constitutes or reflects a waiver, release or discharge of any rights or claims of Defendants against their insurers, or their insurers' subsidiaries, predecessors, successors, assigns, affiliates, or representatives.

25.     This Final Judgment shall not be considered or used as a presumption, concession or admission by or against Defendants of any fault, wrongdoing, breach or liability.

26.     The Parties are hereby authorized, without further approval of the Court, to unanimously agree to and adopt in writing such amendments, modifications, and expansions of the Settlement Agreement and all exhibits attached thereto, provided that such amendments, modifications, and expansions of the Settlement Agreement are done in accordance with the terms of Paragraph 35 of the Settlement Agreement,

- 13 -

1    are not materially inconsistent with this Final Judgment and do not materially limit the

2    rights of Class Members under the Settlement Agreement.

3        27.    In the event that the Settlement does not become effective in accordance

4    with the terms of the Settlement Agreement or in the event that the Gross Settlement

5    Fund, or any portion thereof, is returned to the Defendants, then this Final Judgment

6    shall be rendered null and void to the extent provided by and in accordance with the

7    Settlement Agreement and shall be vacated, and in such event, all orders entered and

8    releases delivered in connection herewith shall be null and void to the extent provided

9    by and in accordance with the Settlement Agreement.

10        28.    The provisions of this Final Judgment constitute a full and complete

11    adjudication of the matters considered and adjudged herein, and the Court determines

12    that there is no just reason for delay in the entry of judgment. The Clerk is hereby

13    directed to immediately enter this Final Judgment.

14        SO ORDERED this _____17_____ day of _December_, 2013.

18    _____
THE HONORABLE MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE

- 14 -